**74-2**

kelley w. mcfarland
919.719.0854
kelley@brownlawllp.com

July 1, 2015

**via first class and electronic mail.**

Rachel A. Fuerst
Carmaletta L. Henson
HENSON & FUERST, P.A.
2501 Blue Ridge Road, Suite 390
Raleigh, North Carolina 27607
rfuerst@lawmed.com
carma@lawmed.com

**re:** **disclosure of expert testimony.**
     *Geraldine L. VanDevender et al. v. Blue Ridge of Raleigh, LLC et al.*
     case #:      5:14-CV-150-BO
     our file #:    112.021

Dear Ms. Fuerst and Ms. Henson,

     Please find enclosed for service Defendants' Disclosure of Expert Testimony with curriculum vitae attached for each named expert witness.

     Should you have any questions or concerns, please do not hesitate to contact our office.

                      Cordially,

                      Kelley W. McFarland
                      North Carolina Certified Paralegal

enclosures.



4130 parklake avenue, suite 130, raleigh, north carolina 27612 · tel 919.719.0854 · fax 919.719.0858 · brownlawllp.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:14-CV-150-BO

GERALDINE L. VANDEVENDER, )
Administrator of the Estate of DEL RAY )
BAIRD, deceased, and JACQUELINE ANN )
BAIRD, RALPH. D. JONES, JR., )
NORWOOD R. JONES, and LISA J. PATE, )
Co-Executors for the Estate of ELIZABETH )
J. JONES, deceased, and JOYCE K. )
HARRISON, Administrator of the Estate of )
BETTIE MAE KEE, deceased, and )
SAMUEL KEE, SR., Individually, )
                                        )
    Plaintiffs, )          **DEFENDANTS'**
                                        )     **DISCLOSURE OF EXPERT**
    v. )                  **TESTIMONY**
                                        )
BLUE RIDGE OF RALEIGH, LLC d/b/a )
BLUE RIDGE HEALTH CARE CENTER, )
CARE VIRGINIA MANAGEMENT, LLC, )
d/b/a CAREVIRGINIA, and CARE ONE, )
LLC d/b/a CAREONE, )
                                        )
    Defendants. )

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Blue Ridge

of Raleigh, LLC d/b/a Blue Ridge Health Care Center, Care Virginia Management, LLC d/b/a

CareVirginia, and Care One, LLC d/b/a CareOne, hereby disclose the identity of any witness it

may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

## PRELIMINARY STATEMENT.

On June 16, 2015, the Defendants filed a Consent Motion to Amend Scheduling Order

Deadlines. That motion followed two telephonic status hearings (dated May 7, 2015, and June

15, 2015) before the Honorable Kimberly A. Swank, during which all parties – Plaintiffs and

Defendants – for their own independent reasons, indicated a desire to secure an extension of time

of all pending deadlines. On the day following the second hearing, the Defendants filed the subject Motion and proposed Order. On June 25, 2015, after a hearing in open Court on June 24, 2015, The Honorable Terrence W. Boyle entered an Order granting the motion to amend. The Order did not establish a specific date by which a party must make Rule 26(a)(2) disclosures. Therefore, pursuant to Rule 26(a)(2)(D)(i), the Defendants' Disclosure of Expert Testimony is not due until 90 days before the date set for trial. A trial date has not been set.

Additionally, the Plaintiffs have confirmed and represented on numerous occasions, in writing, that their Rule 26(a)(2) disclosures were incomplete, that their experts' opinions had not been fully formed, and would not be fully formed until much later in discovery – discovery that has not occurred. The Plaintiffs represented during those interchanges that the disclosures and reports would be supplemented and that afterwards the expert witnesses would be made available for deposition examination. To date, the disclosures remain deficient and the witnesses have not been made available for deposition examination.

Nevertheless, in an abundance of caution and with the utmost intent to avoid surprise, issues concerning due notice, or the appearance of anything other than full transparency and disclosure, the Defendants hereby provide the following disclosures, which they intend to seasonably supplement.

The following individuals are witnesses who the Defendants may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

1.    **Robert M. Shavelle, Ph.D., M.B.A.**
**LIFE EXPECTANCY PROJECT**
**1439 – 17th Avenue**
**San Francisco, California 94122**

Dr. Shavelle is an expert in the field of life expectancy and related medical/healthcare disciplines. Dr. Shavelle's most recent curriculum vitae is attached to this disclosure. Dr.

2

Shavelle's opinions are rendered to a reasonable degree of scientific and medical certainty within the respective fields and his opinions are based upon his education, training, experience, and personal review of the relevant medical records, evidence, discovery, and pleadings in this case. All materials that have been supplied to Dr. Shavelle for review have been produced to the Plaintiffs in discovery. Dr. Shavelle is familiar with the relevant, material facts of this case, particularly the decedents' medical/healthcare histories, conditions, treatments, and prognoses. It is anticipated that the primary focus of Dr. Shavelle's testimony will be the rebuttal of fact and expert testimony introduced by the Plaintiffs regarding evaluations of the decedents' medical and health conditions, the decedents' quality of life and the decedents' life expectancy estimates. It is anticipated that Dr. Shavelle will offer opinions regarding the decedents' medical and health conditions, the decedents' prognoses, the decedents' quality of life and the decedents' life expectancy estimates. Dr. Shavelle intends to produce a report setting forth these opinions in greater detail when the Plaintiffs' experts supply their supplemental responses and "complete" opinions. Said report shall be seasonably supplemented pursuant to the Federal Rules of Civil Procedure. Dr. Shavelle is compensated at the rate of $400.00 per hour for his time spent reviewing documents and $500.00 per hour for time being deposed.

2.     **(a)**     **Joseph Govert, M.D.**
                     **DUKE UNIVERSITY MEDICAL CENTER**
                     **Box 31012**
                     **Durham, North Carolina 27710**

        **(b)**     **Dr. Peter Kussin, M.D.**
                     **DUKE PULMONARY MEDICINE AND RENAL**
                     **40 Duke Medicine Circle**
                     **Durham, North Carolina 27710**

        **(c)**     **Martin Janis, M.D., FACP**
                     **RALEIGH GERIATRICS**
                     **3921 Sunset Ridge Road, Suite 101**
                     **Raleigh, North Carolina 27607**

3

    **(d)**    **Charles Metzger, Jr., M.D.**
                **MDVIP**
                **1905 Clint Moore Road, Suite 204**
                **Boca Raton, Florida 33496**

    **(e)**    **Phillip Ashburn, M.D.**
                **2700 Townedge Court**
                **Raleigh, North Carolina 27612**

    **(f)**    **Garry Kauffman, RRT, FAARC, MPA, FACHE**
                **WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER**
                **1200 Martin Luther King Jr. Drive**
                **Winston-Salem, North Carolina 27101**

    **(g)**    **Kevin Collins, CRT, RRT, RPFT, AE-C**
                **CEDAR PARK REGIONAL MEDICAL CENTER**
                **1731 Westminster Way**
                **Cedar Park, Texas 78613**

    **(h)**    **Gale Hairston, RN**
                **RN CONSULTING**
                **3310 Darden Road**
                **Greensboro, North Carolina 27404**

The individuals identified in Paragraph 2(a)-(h) above are experts in the healthcare field, including but not limited to various fields of medicine and medical subspecialties, nursing, long term care, and respiratory therapy. Their most recent curricula vitae are attached to this disclosure. Each expert's opinions are rendered to a reasonable degree of certainty in the field within which it is being offered and the opinions are based upon each witness' education, training, experience, and personal review of the material, salient medical records, evidence, discovery, and pleadings in this case. All materials that have been supplied to the witnesses for review have been produced to the Plaintiffs in discovery. The expert witnesses are familiar with the relevant, material facts of this case, particularly the decedents' medical and healthcare histories, conditions, treatments, and prognoses. Additionally, the witnesses are familiar with the community in which the alleged incidents occurred and the professional healthcare services were

4

rendered, the subject facility, and the standards of care that would apply to the clinical care and professional healthcare services that were delivered to the decedents. It is anticipated that the primary focus of these experts' testimony will be the rebuttal of fact and expert testimony introduced by the Plaintiffs regarding evaluations of the decedents' medical and health conditions, the decedents' quality of life, the contours of the standards of care that apply to the healthcare professionals implicated in this action, whether said standards of care were met or satisfied, and whether any alleged damages suffered by the decedents can be causally connected to an act, error, or omission by a particular healthcare professional. It is further anticipated that these experts will testify that the respective clinical care and professional healthcare providers met or exceeded the applicable standards of care; that the damages suffered by the Plaintiffs cannot be medically or scientifically attributed, or directly, proximately, and causally connected to any specific provider or act, error, or omission by a healthcare provider; and that the allegations surrounding damages are misstated and inflated in terms of prognoses, medical conditions, quality of life, and reasonable life expectancy under the circumstances present in each patient's medical history. These witnesses intend to produce a report(s) setting forth these opinions in greater detail when the Plaintiffs' experts supply their supplemental responses and "complete" opinions. Said report shall be seasonably supplemented pursuant to the Federal Rules of Civil Procedure. The witnesses are compensated for their time on an hourly basis. The rates for each are:

(a) Dr. Govert is compensated at a rate of $400.00 per hour.

(b) Dr. Kussin is compensated at a rate of $250.00 per hour for his time spent reviewing documents and $500.00 per hour for being deposed.

(c) Dr. Janis is compensated at a rate of $275.00 per hour.

(d) Dr. Metzger is compensated at a rate of $500.00 per hour.

5

(e)     Dr. Ashburn is compensated at a rate of $300.00 per hour for his time spent reviewing documents and $400.00 per hour for being deposed.

(f)     Mr. Kauffman is compensated at a rate of $150.00 per hour for his time spent reviewing documents and at a flat rate of $1,500.00 per day for being deposed.

(g)     Mr. Collins is compensated at a rate of $250.00 per hour for his time spent reviewing documents and $350.00 per hour for being deposed.

(h)     Ms. Hairston is compensated at a rate of $175.00 per hour for her time spent reviewing documents and $200.00 per hour for being deposed.

3.     **Steve Farlow, P.E.**
**ACCIDENT RECONSTRUCTION ANALYSIS, INC.**
**5801 Lease Lane**
**Raleigh, North Carolina 27617**

Mr. Farlow is an expert in the field of electrical engineering and accident reconstruction. Mr. Farlow's curriculum vitae is attached to this disclosure. Due to the cursory and imprecise nature of the Plaintiffs' discovery responses and designations to date, the defense is unsure whether a forensic accident reconstruction or engineering evaluation will be necessary or relevant. To the extent issues surround the mechanics of injury and failure of any device, including respirator(s), become an issue in this case, Mr. Farlow is prepared to address and opine regarding said issues, conclusions and opinions. Mr. Farlow is compensated for his time on an hourly basis at a rate of $180.00 per hour.

4.     (a)     **James Wright, B.B.A., N.H.A.**
**THE HEALTHCARE CENTER AT WEST MEADE PLACE**
**1000 Saint Luke Drive**
**Nashville, Tennessee 37205**

(b)     **Robert Kulesher, Ph.D.**
**EAST CAROLINA UNIVERSITY**
**Department of Health Services and Information Management**
**4340 Health Sciences Building**
**Greenville, North Carolina 27858**

6

(c)    **Perry Woodside, Ph.D.**
       **DIXON HUGHES GOODMAN, LLP**
       **525 East Bay Street, Suite 100**
       **Charleston, South Carolina 29403**

(d)    **Tricia Yount, CPA, MAFF**
       **DIXON HUGHES GOODMAN, LLP**
       **525 East Bay Street, Suite 100**
       **Charleston, South Carolina 29403**

Mr. Wright and Dr. Kulesher are experts in the field of nursing home/long term care facility management and administration. Dr. Woodside and Ms. Yount are experts in the fields of economics, forensic accounting, business judgment, and related business and financial fields. The defense contends that the Plaintiffs' "corporate" negligence claims, "Medicare standards of care," or "billing impropriety" theories and claims are entirely false, inappropriate, legally flawed, and have no place in this case. Furthermore, the Plaintiffs have not provided any evidence that supports any such claims or sufficient disclosure that permit a proper rebuttal or responsive expert. However, to the extent the Plaintiffs intend to pursue said claims, theories of relief, and fact patterns and are allowed to introduce evidence from the experts designated to offer such opinions, the defense identifies these individuals for the purposes of rebutting those experts' opinions and conclusions. Because it is unclear whether the Plaintiffs intend to pursue said claims or designate experts to opine about said claims and because the Plaintiffs have not identified those opinions with any clarity or sufficiency and because the discovery responses and expert opinions are not "complete," the defense reserves the right to prepare reports if and when such opinions by the Plaintiffs' experts are properly interposed and "complete." These experts are being compensated on an hourly basis as follows:

(a)    Mr. Wright is compensated at a rate of $250.00 per hour.

(b)    Dr. Kulesher is compensated at a rate of $250.00 per hour for his time spent reviewing documents and $350.00 per hour for time being deposed.

(c)   Dr. Woodside is compensated at a rate of $460.00 per hour.

(d)   Ms. Yount is compensated at a rate of $190.00 per hour.

5.    Based upon the reasons set forth above, the Defendants reserve the right to modify, augment, and supplement these responses and disclosures pursuant to the Federal Rules of Civil Procedure, including the right to designate and disclose additional experts and the right to withdraw any expert.

6.    The Defendants may call and hereby affirmatively cross-designate any expert or witness who offers opinion testimony who is designated, named, or called to testify by the Plaintiffs, including "hybrid experts" or treating physicians or treating healthcare providers.

7.    The Defendants specifically reserve the right to elicit opinion testimony from any of its representatives or any representative, owner, employee, or contractor, or any party to this action. The Defendants reserve the right to qualify any of these witnesses as experts to the extent necessary.

8.    The Defendants specifically reserve the right to designate additional experts or opinion witnesses as litigation and discovery progress, and shall seasonably supplement this disclosure to the extent necessary.

Respectfully submitted, July 1, 2015.

[SIGNATURE PAGE FOLLOWS]

GREGORY W. BROWN
NC Bar # 26268 / VA Bar # 36369
KRISTI L. GAVALIER
NC Bar # 28475
ALLISON A. COHAN
NC Bar # 45940
BROWN LAW LLP
4130 Parklake Avenue, Suite 130
Raleigh, North Carolina 27612
T: 919.719.0854
F: 919.719.0858
gregory@brownlawllp.com
kristi@brownlawllp.com
allison@brownlawllp.com
*Counsel for Defendants Blue Ridge of
Raleigh, LLC d/b/a Blue Ridge Health Care
Center, Care Virginia Management, LLC d/b/a
CareVirginia and Care One, LLC d/b/a
CareOne*

9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July 2015, the foregoing **DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY** was served upon on all counsel of record via first class and electronic mail as follows:

Rachel Fuerst
Carmaletta L. Henson
HENSON & FUERST
2501 Blue Ridge Road, Suite 390
Raleigh, North Carolina 27607
rfuerst@lawmed.com
carma@lawmed.com
*Counsel for the Plaintiffs*

BROWN LAW LLP

## Contact Information

Life Expectancy Project, 1439 - 17th Avenue, San Francisco, California 94122-3402
Phone (415) 731-0240, Fax (415) 731-0290, Shavelle@LifeExpectancy.org

## Professional Activities

| | |
|---|---|
| 1995-present | Technical Director, Life Expectancy Project |
| 1999-present | Principal, Strauss & Shavelle, Inc. |
| 1998-2000 | Researcher, Department of Statistics, University of California, Riverside |
| 1997-1998 | Visiting Assistant Professor<br>Department of Statistics, University of California, Riverside |
| 1996-1997 | Post-Doctoral Research Fellow<br>Department of Statistics, University of California, Riverside |

## Professional Memberships

Fellow, American Academy for Cerebral Palsy and Developmental Medicine

Member, American Statistical Association

## Education

MBA, June 2000, University of California, Irvine

PhD, Applied Statistics, August 1996, University of California, Riverside

MS, Statistics, June 1994, University of California, Riverside

Single subject teaching credential, Mathematics, June 1989
California State University, Long Beach

BA, Mathematics, May 1988, California State University, Long Beach

## Editorial / Peer-review

*Archives of Physical Medicine and Rehabilitation*
*American Journal of Physical Medicine & Rehabilitation*
*Developmental Medicine & Child Neurology*
*Journal of Autism and Developmental Disorders*
*European Journal of Neurology*

*Journal of Insurance Medicine*
*Heart and Vessels*
*Pediatrics*
*Spinal Cord*
*International Journal of Environmental Research and Public Health*
*Thorax*

## Legal Expert Witness Experience

Life expectancy / survival: cerebral palsy, vegetative state, minimally conscious state, spinal cord injury, traumatic brain injury, other diseases/conditions, general population risk factors: demographic, lifestyle, and medical conditions

Data analysis, survey sampling, and sample size determinations

## Other Consulting

1999-2000  Clinical trials analysis plan development and data analysis
Allergan Pharmaceuticals, Irvine, California

1996-1999  Statistical Analyst and Reliability Consultant
Reliability & Performance Group, ARCO Products Company
Los Angeles Refinery, Carson, California

1997-1998  Association of Retarded Citizens (ARC) Riverside
Analysis of cost of services for the developmentally disabled

1996-1997  Alaska Fire Prediction and Modeling
Report and software for the U.S. Forest Service

1995-2005  Biostatistical Consultant to Robert Detrano, M.D.,
Director of the South Bay Heart Watch, Torrance, CA

## Publications

1.  Doherty BA, Wong N, Dascalos S, Demer L, Shavelle RM, Detrano RC (1997). Ethnic origin serum levels of $1\alpha$, 25-dihydroxyvitamin D3 are independent predictors of coronary calcium mass quantified by electron beam computed tomography. Circulation 96:1477-1481.

2.  Detrano RC, Wong ND, Doherty TM, Shavelle RM (1997). Prognostic significance of coronary calcific deposits in asymptomatic high-risk subjects: Three-year follow-up. Am J Med 102:344-349.

3.  Strauss DJ, Shavelle RM (1997). Mortality of persons with mental retardation in institutions and in the community [Letter]. American Journal of Public Health, 87:1870-1871.

4. Strauss DJ, Ashwal S, Shavelle RM, Eyman RK (1997). Prognosis for survival and improvement of children with developmental disabilities. Pediatrics, 131:712-717.

5. Kennedy J, Shavelle RM, Wang S, Budoff M, Detrano RC (1998). Coronary calcium and standard risk factors in symptomatic patients referred for coronary angiography. Am Heart J, 135:696-702.

6. Arnold BC, Shavelle RM (1998). Joint confidence sets for the mean and variance of a normal distribution. The American Statistician, 52:133-140.

7. Strauss DJ, Shavelle RM (1998). An extended Kaplan-Meier estimator and its applications. Statistics in Medicine, 17:971-982.

8. Strauss DJ, Shavelle RM, Anderson T, Baumeister AA (1998). External causes of death among persons with mental retardation: The effect of residential placement. American Journal of Epidemiology, 147:855-862.

9. Strauss DJ, Shavelle RM, Baumeister AA, Anderson T (1998). Mortality in persons with developmental disabilities after transfer into community care. American Journal on Mental Retardation, 102:569-581.

10. Strauss DJ, Shavelle RM (1998). What can we learn from the California mortality studies? Mental Retardation, 36:406-407.

11. Strauss DJ, Kastner TA, Shavelle RM (1998). Mortality of adults with developmental disabilities living in California institutions and community care, 1985-1994. Mental Retardation, 36:360-371.

12. Strauss DJ, Anderson T, Shavelle RM, Trenkle S, Sheridan F (1998). Causes of death of persons with developmental disability placed from California institutions into community care. Mental Retardation, 36:386-391.

13. Strauss DJ, Shavelle RM, Anderson TW (1998). Long term survival of children and adolescents after traumatic brain injury. Archives of Physical Medicine and Rehabilitation, 79:1095-1100.

14. Strauss DJ, Shavelle RM (1998). Life expectancy of adults with cerebral palsy. Developmental Medicine and Child Neurology, 40:369-375.

15. Strauss DJ, Shavelle RM, Anderson TW (1998). Life expectancy of children with cerebral palsy. Pediatric Neurology, 18:143-149.

16. Strauss DJ, Shavelle RM (1998). Doctors are not experts on life expectancy. The Expert Witness, Summer 1998. Calgary, Alberta: Economica Ltd.

17. Strauss DJ, Shavelle RM (1998). Everything you always wanted to know about life expectancy (but there was no one to ask). Tort & Insurance Practice Section, Medicine & Law Committee Newsletter, Spring 1998. Washington DC: American Bar Association.

18. Strauss DJ, Shavelle RM (1998). Survival estimates of severely disabled children [Letter]. Pediatric Neurology, 19:243-244.

19. Strauss DJ, Shavelle RM (1998). Life expectancy of persons with chronic disabilities. Journal of Insurance Medicine, 30:98-108.

20. Strauss DJ, Shavelle RM (1998). Life expectancy: What lawyers need to know. Clinical Risk, 5:25-26.

21. Singer RM, Strauss DJ, Shavelle RM (1998). Comparative mortality in cerebral palsy patients in California, 1980-1996. Journal of Insurance Medicine, 30:240-246.

22. Shavelle RM, Strauss DJ (1999). Mortality in persons with developmental disabilities after transfer into community care: A 1996 update. American Journal on Mental Retardation, 104:143-146.

23. Doherty TM, Wong ND, Shavelle RM, Tang W, Detrano RC (1999). Coronary heart disease deaths and infarctions in people with little or no coronary calcium [letter]. The Lancet, 353:41-42.

24. Shavelle RM, Strauss DJ (1999). A long period multistate life table from micro data. Mathematical Population Studies, 7:161-177.

25. Doherty TM, Detrano RC, Mautner SL, Mautner GC, Shavelle RM (1999). Coronary calcium: The good, the bad, and the uncertain. American Heart Journal, 137:806-814.

26. Shavelle RM, Strauss DJ (1999). Comparative mortality of persons with autism in California, 1980-1996. Journal of Insurance Medicine, 30:220-225.

27. Shavelle RM, Strauss DJ (1999). Improved sample survey estimates using past values. Pakistan Journal of Statistics, 15:47-63.

28. Detrano RC, Wong ND, Doherty TM, Shavelle RM, Tang W, Ginzton LE, Budoff MJ, Narahara KA (1999). Coronary calcium does not accurately predict near-term future coronary events in high-risk adults. Circulation, 99:2633-2680.

29. Strauss DJ, Shavelle RM, Ashwal S (1999). Life expectancy and median survival time in the permanent vegetative state. Pediatric Neurology, 21:626-631.

30. Strauss DJ, Cable W, Shavelle RM (1999). Causes of excess mortality in persons with cerebral palsy. Developmental Medicine & Child Neurology 41:580-585.

31. Strauss DJ, Shavelle RM (1999). Life tables for people with traumatic brain injury [Letter]. Journal of Insurance Medicine, 31:104-105.

32. Strauss DJ, DeVivo M, Shavelle RM (2000). Long-term survival after spinal cord injury. Journal of Insurance Medicine, 32:11-16.

33. Rice LF, Strauss DJ, Shavelle RM (2000). Life expectancy and the birth-injured plaintiff. Forum, 30:20-23. Published by the Consumer Attorneys of California.

34. Strauss DJ, Shavelle RM, DeVivo MJ, Day SM (2000). An analytic method for longitudinal mortality studies. Journal of Insurance Medicine, 32:217-225.

35. Shavelle RM, Strauss DJ (2000). Comparative mortality of adults with traumatic brain injury in California, 1988-1997. Journal of Insurance Medicine, 32:163-166.

36. Strauss DJ, Ashwal S, Day S, Shavelle RM (2000). Life expectancy of children in vegetative and minimally conscious states. Pediatric Neurology, 23:312-319.

37. Strauss DJ, Shavelle RM, Pflaum C, Bruce C (2000). Incorporating the effect of reduced life expectancy into awards for future costs of care. The Expert Witness, Winter 2000, volume 5, number 4.

38. Strauss DJ, Shavelle RM (2000). Causes of excess mortality in cerebral palsy [reply to letter by Maudsley and Pharaoh]. Developmental Medicine & Child Neurology, 43:288.

39. Shavelle DM, Budoff MJ, LaMont DH, Shavelle RM, Kennedy JM, Brundage BH (2000). Exercise testing and electron beam computed tomography in the evaluation of coronary artery disease. Journal of the College of Cardiology, 36:32-38.

40. Shavelle RM, Strauss DJ, Whyte J, Day SM, Yu YL (2001). Long-term causes of death after traumatic brain injury. American Journal of Physical Medicine and Rehabilitation, 80:510-516.

41. Shavelle RM, Strauss DJ, Day SM (2001). Comparison of survival in cerebral palsy between countries [letter]. Developmental Medicine & Child Neurology, 43:574.

42. Strauss DJ, Shavelle RM, Pflaum C, Bruce C (2001). Discounting the cost of future care for persons with disabilities. Journal of Forensic Economics, 14:79-87. [Reprinted in Kaufman RT, Rodgers JD and Martin GD (Eds.) (2006). Economic foundations of injury and death damages, chapter 28. Northhampton, MA: Edward Elgar Publishing.]

43. Strauss DJ, Shavelle RM (2001). Life expectancy in cerebral palsy [letter]. Archives of Disease in Childhood. 85:442.

44. Shavelle RM, Strauss DJ, Pickett J (2001). Causes of death in autism. Journal of Autism and Developmental Disorders, 31: 569-576.

45. Budoff MJ, Yang TP, Shavelle RM, Lamont DH, Brundage BH (2002). Ethnic differences in coronary atherosclerosis. Journal of the American College of Cardiology, 39:408-412.

46. LaMont DH, Budoff MJ, Shavelle DM, Shavelle RM, Brundage BH, Hagar JM (2002). Coronary calcium scanning adds incremental value to patients with positive stress tests. American Heart Journal, 143:861-867.

47. Budoff MJ, Shakooh S, Shavelle RM, Kim HT, French WJ (2002). Electron beam tomography and angiography: Sex differences. American Heart Journal. 143:877-882.

48. Shavelle RM, Strauss DJ, Day SM (2003). Comparative mortality of Californians with mental retardation, 1980-1999. Journal of Insurance Medicine, 35:5-8.

49. Strauss DJ, Day SM, Shavelle RM, Wu YW (2003). Remote symptomatic epilepsy: Does seizure severity increase mortality? Neurology, 60: 395-399.

50. Day S, Strauss D, Shavelle R, Wu YW (2003). Excess mortality in remote symptomatic epilepsy. Journal of Insurance Medicine, 35:15-20.

51. Strauss DJ, Ojdana KA, Shavelle RM, Rosenbloom L (2004). Decline in function and life expectancy of older persons with cerebral palsy. NeuroRehabilitation, 19:69-78.

52. Wu Y, Day SM, Strauss DJ, Shavelle RM (2004). Prognosis for ambulation in cerebral palsy: A population-based study. Pediatrics, 114:1264-1271.

53. Strauss DJ, Shavelle RM, DeVivo MJ, Harrison-Felix C, Whiteneck GG (2004). Life expectancy after traumatic brain injury [letter]. NeuroRehabilitation, 19:257-258.

54. Strauss DJ, Shavelle RM, Day SM (2004). Letter to the editor re: Plioplys article. Seminars in Pediatric Neurology, 11:236.

55. Shavelle RM, Strauss DJ, Day SM (2005). Deinstitutionalization in California: Mortality of persons with developmental disabilities after transfer into community care, 1997-1999. Journal of Data Science, 3:371-380.

56. Day SM, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Mortality and causes of death in persons with Down syndrome in California. Developmental Medicine & Child Neurology, 47:171-176.

57. Doherty TM, Shavelle RM, French WJ (2005). Reproducibility and variability of activated clotting time measurements in the cardiac catheterization laboratory. Catheterization and Cardiac Interventions, 65:330-337.

58. Strauss DJ, Vachon PJ, Shavelle RM (2005). Estimation of future mortality rates and life expectancy in chronic medical conditions. Journal of Insurance Medicine, 37:20-34.

59. Paculdo DR, Strauss DJ, Shavelle RM (2005). Life expectancy: What does it really mean? LNC Resource, January 2005.

60. Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Causes of death in remote symptomatic epilepsy. Neurology, 65:216-222.

61. Strauss D, Rosenbloom L, Day S, Shavelle R (2005). Cognitive function in tetraplegic cerebral palsy with severe motor dysfunction [letter]. Developmental Medicine and Child

Neurology, 47:562.

62. Pickett JA, Paculdo DR, Shavelle RM, Strauss DJ (2006). 1998-2002 update on causes of death in autism [letter]. Journal of Autism and Developmental Disorders, 36:287-288.

63. Shavelle RM, Strauss DJ (2006). Computing exact excess death rates and mortality ratios from a mortality study with limited information on the age distribution. Journal of Insurance Medicine, 38:105-110.

64. Strauss DJ, DeVivo MJ, Paculdo DR, Shavelle RM (2006). Trends in life expectancy after spinal cord injury. Archives of Physical Medicine and Rehabilitation, 87:1079-1085.

65. Pflaum C, McCollister G, Strauss DJ, Shavelle RM, DeVivo MJ (2006). Worklife following traumatic spinal cord injury. Journal of Spinal Cord Medicine, 29:377-386.

66. Shavelle RM, DeVivo MJ, Strauss DJ, Paculdo DR, Lammertse DP, Day SM (2006). Long-term survival of persons ventilator dependent after spinal cord injury. Journal of Spinal Cord Medicine, 29:511-519.

67. Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW (2007). Growth patterns in a population of children and adolescents with cerebral palsy. Developmental Medicine & Child Neurology, 49:167-171. [Reprinted in Sullivan PB (Ed.) (2009). Feeding and nutrition in children with neurodevelopmental disability. London: Mac Keith Press.]

68. Shavelle RM, Strauss DJ, Day SM, Ojdana KA (2007). Life Expectancy. In: ND Zasler, DI Katz & RD Zafonte (Eds.), Brain Injury Medicine: Principles and Practice. New York: Demos Medical Publishing.

69. Strauss DJ, Shavelle RM, Reynolds RJ, Rosenbloom L, Day SM (2007). Survival in cerebral palsy in the last 20 years: Signs of improvement? Developmental Medicine & Child Neurology, 49:86-92.

70. Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2007). Change in ambulatory ability of adolescents and young adults with cerebral palsy. Developmental Medicine & Child Neurology, 49:647-653.

71. Shavelle RM, DeVivo MJ, Paculdo DR, Vogel LC, Strauss DJ (2007). Long-term survival after childhood spinal cord injury. Journal of Spinal Cord Medicine, 30:S48-S54.

72. Strauss DJ, DeVivo MJ, Shavelle RM, Brooks J, Paculdo D (2008). Economic factors and longevity in spinal cord injury: A reappraisal. Archives of Physical Medicine and Rehabilitation, 89:572-574.

73. Oakeshott P, Hunt GM, Kerry S, Strauss DJ, Shavelle RM, Reynolds RJ (2008). Survival and mobility in open spina bifida: Comparison of results from the United Stated and the United Kingdom. International Journal on Disability and Human Development, 7:101-106.

74. Strauss DJ, Shavelle RM, Rosenbloom L, Brooks JC (2008). Life expectancy in cerebral

palsy: An update. Developmental Medicine & Child Neurology, 50:487-493.

75. Shavelle RM, Strauss DJ, Katz RT (2008). Survival of persons with locked-in syndrome: A correction. Archives of Physical Medicine and Rehabilitation, 89:1005.

76. Sasco AJ, Day SM, Voirin N, Strauss DJ, Shavelle RM, Satgé D (2008). Cancer mortality in Down syndrome in California. International Journal on Disability and Human Development, 7:415-422.

77. Day SM, Brooks J, Strauss D, Shumway S, Shavelle RM, Kush S, Sasco AJ (2008). Cancer mortality in cerebral palsy in California, 1988-2002. International Journal on Disability and Human Development, 7: 427-434.

78. Shavelle RM, Kush SJ, Paculdo DR, Strauss DJ, Day SM (2008). Underwriting the Presidents. Journal of Insurance Medicine. Journal of Insurance Medicine, 40:120–123.

79. Shavelle RM, Paculdo DR, Strauss DJ, Kush SJ (2008). Smoking habit and mortality: A meta-analysis. Journal of Insurance Medicine, 40:170–178.

80. Shavelle RM, Paculdo DR, Kush SJ, Mannino DM, Strauss DJ (2009). Life expectancy and years of life lost in chronic obstructive pulmonary disease: Findings from the NHANES III follow-up study. International Journal of COPD, 4: 137–148.

81. Shavelle RM, Paculdo DR, Strauss DJ, Kush SJ (2009). Cognitive impairment and mortality in the Cardiovascular Health Study. Journal of Insurance Medicine, 41:110–116.

82. Shavelle RM, Strauss DJ (2009). Rating the raters: Evaluating the predictions from a life expectancy rating service. Journal of Insurance Medicine, 41:178–190.

83. Shavelle RM, Delaney CS (2010). Evidence-based life expectancy and the physician. International Journal of Child Health and Human Development, 3:283-300.

84. Shavelle R, Katz R, MacKenzie R, Rosenbloom L, DeVivo M, Hutton J, Strauss D, Day S, Brooks J (2011). Life expectancy for people with disabilities. [Letter in reply to article by Thomas and Barnes]. NeuroRehabilitation, 28: 161.

85. Brooks J, Day SM, Shavelle RM, Strauss DJ (2011). Low weight, morbidity, and mortality in children with cerebral palsy: New clinical growth charts. Pediatrics, Published online July 18, 2011 (10.1542/peds.2010-2801).

86. Brooks JC, Shavelle RM, Strauss DJ (2012). Survival in children with severe cerebral palsy: A further international comparison. Developmental Medicine & Child Neurology, 54:383-384. DOI: 10.1111/j.1469-8749.2012.04236.x.

87. Shavelle RM, Mackenzie R, Paculdo DR (2012). Anemia and mortality in older persons: Does the type of anemia affect survival? Int J Hematol, 95:248-256. Epub 2012 Feb 21.

88. Shavelle RM, Paculdo DP (2012). The effect of exceptional parental longevity on life

expectancy. Journal of the American Gerontological Society, 60:1185.

89. Strauss DJ, Rosenbloom L, Shavelle RM, Brooks JC (2012). Improved survival in cerebral palsy in recent decades? Developmental Medicine & Child Neurology, 54:867. DOI: 10.1111/j.1469-8749.2012.04349.x. Epub 2012 Jul 19.

90. Shavelle RM, Strauss DJ (2013). Life expectancy and the life care planner. Journal of Life Care Planning, 12:21-29.

91. Shavelle RM (2013). Overestimation of Life Expectancy in CKD [letter]. American Journal of Kidney Disease, 62(2):395-396.

92. Brooks JC, Strauss DJ, Shavelle RM, Paculdo DR, Hammond FM, Harrison-Felix CL (2013). Long-term disability and survival in traumatic brain injury: Results from the National Institute on Disability and Rehabilitation Research Model Systems. Archives of Physical Medicine and Rehabilitation, 94:2203-2209.

93. Shavelle R, Strauss D, Brooks J (2013). Discrepancies in the estimates of life expectancy after SCI. Spinal Cord, 51:937.

94. Shavelle RM, Paculdo DR, Tran LM, Strauss DJ, Brooks JC, DeVivo MJ (2014). Mobility, continence, and life expectancy in persons with ASIA impairment scale grade D spinal cord injuries. American Journal of Physical Medicine & Rehabilitation, June 2014 [epub ahead of print].

**Technical reports**

1. Strauss DJ, Shavelle RM, Pflaum C, Bruce C (1999). Life expectancy and discounting the cost of future care of person with disability. Technical Report no. 266. Statistics Department, University of California, Riverside.

2. Bush RL, Strauss DJ, DeVivo JM, Shavelle RM (1999). Life expectancy of persons with Spinal Cord Injury. Technical Report no. 265, Statistics Department, University of California, Riverside.

3. Strauss DJ, Anderson T, Shavelle RM, Trenkle S, Sheridan F (1997). Causes of death of persons with developmental disability placed from California institutions into community care. Technical Report no. 244, Statistics Department, University of California, Riverside.

4. Strauss DJ, Shavelle RM, Baumeister AA, Anderson T (1997). Mortality in persons with developmental disabilities after release into community care. Technical Report no. 245, Statistics Department, University of California, Riverside.

5. Strauss DJ, Shavelle RM, Anderson T, Baumeister AA (1997). External causes of death among persons with mental retardation: The effect of residential placement. Technical Report no. 246, Statistics Department, University of California, Riverside.

6. Strauss DJ, Shavelle RM (1997). Life expectancy of persons with chronic disabilities.

Technical Report no. 247, Statistics Department, University of California, Riverside.

7.    Strauss DJ, Shavelle RM (1996). An extended Kaplan-Meier estimator and its applications. Technical Report no. 238, Statistics Department, University of California, Riverside.

8.    Strauss DJ, Kastner TA, Shavelle RM (1996). Comparative mortality in institutions in the community: Additional findings. Technical Report no. 242, Statistics Department, University of California, Riverside.

9.    Strauss DJ, Shavelle RM, White J (1995). The multistate life table with an application to prognosis for children with developmental disabilities. Technical Report no. 221, Statistics Department, University of California, Riverside.

10.   Strauss DJ, Shavelle RM, White J (1995). Demographic cost projections for persons with developmental disabilities: A preliminary report. Technical Report no. 231, Statistics Department, University of California, Riverside.

11.   Shavelle RM, Strauss DJ (1994). Improved sample survey estimates using past values. Technical Report no. 210, Statistics Department, University of California, Riverside.

**Medical abstracts**

1.    Kennedy JM, Budoff MJ, Rumberger JA, Shavelle RM, Brundage BH. Coronary calcium thresholds to predict angiographic stenosis severity in symptomatic patients. American Heart Association, 71st Scientific Sessions, November 8-11, 1998. Abstract #2670.

2.    Kennedy JM, Budoff MJ, Shavelle RM, Brundage BH. Angiography and coronary calcium: Effect of gender. American Heart Association, 71st Scientific Sessions, November 8-11, 1998. Abstract #3451.

3.    Budoff MJ, Yang TP, Shavelle RM, Kim T, Akinwale P, Brundage BH. Angiography and coronary calcium by electron beam computed tomography: Effect of gender. American College of Cardiology Scientific Sessions, 1997. Abstract #.

4.    Budoff MJ, Yang TP, Shavelle RM, Kim T, Akinwale P, Brundage BH. Ethnic differences in coronary calcium prevalence in a symptomatic Population. American College of Cardiology Scientific Sessions, 1997. Abstract #.

5.    Shavelle DM, Budoff MJ, LaMont DH, Shavelle RM, Kennedy JM, Brundage BH. Exercise testing and electron beam computed tomography in the evaluation of coronary artery disease. American Heart Association 70th Scientific Sessions, November 1997. Abstract #1510.

6.    Brooks JC, Strauss DJ, Shavelle RM, Rosenbloom L. Life expectancy in cerebral palsy: Recent research from the California database. Abstracts from the AACPDM 62nd Annual Meeting, September 17-20, 2008, Atlanta, Georgia. Published in Developmental Medicine & Child Neurology, September 2008, volume 50, Supplement 4.

## Medical Poster Sessions

1. Ashwal S, Day S, Strauss D, Shavelle RM (2000). Life expectancy of children in vegetative and minimally conscious states. Presented by Stephen Ashwal at the annual Child Neurology Society meeting, St. Louis, October 25-28, 2000. Annals of Neurology 48:551.

2. Strauss D, Ashwal S, Shavelle RM, Eyman RK (1996). Prognosis for survival and improvement in children with severe developmental disabilities. Presented by Stephen Ashwal at the Conference on Neurology, August 1996. Annals of Neurology 40:296.

3. Shavelle DM, Budoff MJ, Lamont DH, Shavelle RM, Kennedy JM, Brundage BH (1997). Exercise testing and electron beam tomography in the evaluation of coronary artery disease. Presented by David Shavelle at the 70th American Heart Association Meetings, Orlando, Florida.

4. Pflaum C, McCollister G, Strauss DJ, Shavelle RM, DeVivo MJ. Worklife following traumatic spinal cord injury. Presented by Michael DeVivo at the 31st Annual Meeting of the American Spinal Injury Association, Dallas, Texas, May 12-14, 2005.

5. DeVivo MJ, Shavelle RM, Strauss DJ, Paculdo DR, Lammertse DP, Vogel LC, Reynolds RJ. New findings regarding long-term survival after spinal cord injury. Poster presentation by Dr. DeVivo at the 52nd Annual Conference of the American Paraplegia Society, Las Vegas, Nevada, September 5-8, 2006. Abstract published in the Journal of Spinal Cord Medicine, 29:454-455.

6. Day SM, Strauss DJ, Vachon PJ, Rosenbloom L, Shavelle RM, Wu YW (2007). Growth charts for persons with cerebral palsy stratified by level of motor functioning and feeding ability. Demonstration poster presented by Dr. Day at the 61st Annual Meeting of the American Academy for Cerebral Palsy and Developmental Medicine, October 10-13, 2007: Vancouver.

## Presentations and invited lectures

1. "Improved sample survey estimates using past values." Department of Statistics, University of California, Riverside. May 25, 1995.

2. "The semi-longitudinal multistate life table." Doctoral defense, Department of Statistics, University of California, Riverside. May 17, 1996.

3. "The world of statistics." Corona Host Lions Club Luncheon, Corona, California. January 4, 1996.

4. "Weibull Analysis and MTBF." A talk given as part of the All Star Panel on "Mean Time Between Failure." Pump & Reliability Session. The 72nd Annual Pacific Energy Association (PEA) Fall Conference, Long Beach, California. October 25, 1997.

5. "An extended Kaplan-Meier estimator and its applications." Department of Statistics, University of California, Riverside. October 27, 1998.

6. "Life expectancy: What risk managers need to know." Public Agency Risk Managers Association (PARMA), Los Angeles Chapter Meeting. October 12, 1999.

7. "The end of the job." Special guest on KLSX 710 AM radio show "Get a hold of your life." February 6, 2000.

8. "Life expectancy: What the manuals don't tell you." National Structured Settlements Trade Association (NSSTA) Annual Conference, Underwriter's Program. La Mirage, California. May 7, 2001.

9. "Life tables for persons with medical risk factors." NAFE (National Association of Forensic Economists) session at the WEAI (Western Economics Association International) 76th Annual Conference. San Francisco, California. July 7, 2001.

10. "Life expectancy in obstetrical malpractice cases." Advanced Medical Malpractice Seminar for U.S. Department of Justice Attorneys. Columbia, South Carolina. April 3, 2003.

11. "The rating game." National Structured Settlements Trade Association Annual Conference, Rancho Bernardo, San Diego, California. April 28, 2003.

12. "Life expectancy in cerebral palsy." MAG Mutual Defense Attorney Seminar. Atlanta, Georgia. September 17, 2004.

13. "Life expectancy in catastrophic cases." Pediatric Grand Rounds. Santa Clara Valley Medical Center, San Jose, California. February 9, 2005.

14. "Doc, how long have I got?" National Structured Settlements Trade Association Annual Conference, Indian Wells, California. April 18, 2005.

15. "Recent developments in life expectancy." NAFE (National Association of Forensic Economists) session at the WEAI (Western Economics Association International) 81st Annual Conference. San Diego, California. June 30, 2006.

16. "The cost of rating it wrong." National Structured Settlements Trade Association Annual Conference, La Jolla, California. April 18, 2008. Joint talk with Vinaya Sharma, FSA, CLU.

17. "Life expectancy in cerebral palsy." AACPDM Continuing Education, Grand Rounds Lectures. Live Webinar. August 12, 2008.

18. "Rating the Raters: How to Evaluate the Predictions from a Life Expectancy Rating Service". Life Insurance Settlement Association [LISA] 14th Annual Fall Conference, Washington, DC. November 7, 2008.

19. "Rating the Raters: How to Evaluate the Predictions from a Life Expectancy Rating Service". Life Settlement Investment Summit [LSIS], New York, NY. March 26, 2009.

20. "Life expectancy in cerebral palsy." University of California, San Francisco, Neurology. June 2, 2010.

21. "The Science of Life Expectancy." European Family Office & Private Wealth Management Forum, Intercontinental Hotel, Geneva. June 7, 2010.

22. "Life Expectancy for Forensic Economists." NAFE (National Association of Forensic Economists) session at the WEAI (Western Economics Association International) 85th Annual Conference. Portland, Oregon. June 30, 2010.

23. "Life Expectancy in Catastrophic Injury Cases." AANLCP (American Association of Nurse Life Care Planners), Annual Conference, Boston, Massachusetts, October 10, 2010.

24. "Life Expectancy in Litigation." GILD Annual MCLE Conference, Sydney, Australia, November 2, 2010.

25. "Ratings: Right and Wrong." National Structured Settlements Trade Association (NSSTA) Fall Regional Educational Conference, Las Vegas, Nevada. November 11, 2010.

26. "Life Expectancy in Catastrophic Injury Cases." SCAHRM (Southern California Association for Healthcare Risk Management). Costa Mesa, California, April 19, 2011.

27. "Life Expectancy in the Senior Settlement Industry: Are the Experts Any Good? NAFE (National Association of Forensic Economists) session at the WEAI (Western Economics Association International) 86[th] Annual Conference. San Diego, California, June 30, 2011.

28. "Life Expectancy." New York City Law Department, Special Litigation Unit, July 27, 2011.

29. "Life Expectancy in Cerebral Palsy." 10th Annual Advanced Forum on Obstetric Malpractice, The Union League, Philadelphia, Pennsylvania, July 28, 2011.

30. "Life Expectancy After Traumatic Brain Injury." 7th Annual Brain Injury Rehabilitation Conference. San Diego, California, March 17, 2012.

31. "Myths in Life Expectancy." 11th Annual Advanced Forum on Obstetric Malpractice, The Union League, Philadelphia, Pennsylvania, June 27, 2012.

32. "Life Expectancy After Catastrophic Injury." Bay Area Chapter, Northern California, American Association of Legal Nurse Consultants. San Francisco, California, September 11, 2012.

33. "Life Expectancy After Traumatic Brain Injury: Basics, Myths, and Current Research." 8th Annual Brain Injury Rehabilitation Conference. San Diego, California, March 23, 2013.

34. "Life Expectancy in Cerebral Palsy: Recent Developments." 12th Annual Advanced Forum on Obstetric Malpractice, The Union League, Philadelphia, Pennsylvania, June 26, 2013.

35. "Life Expectancy in Cerebral Palsy." 13th Annual Advanced Forum on Obstetric Malpractice, The Union League, Philadelphia, Pennsylvania, June 25, 2013.

14

DUKE UNIVERSITY MEDICAL CENTER

CURRICULUM VITAE

for
Permanent Record
and the
Appointments and Promotions Committee

Date Prepared:  August, 2013

Name (complete with degrees):  Joseph A. Govert, MD

Primary academic appointment:  Department of Medicine

Secondary appointment: Senior Fellow, Duke University Center for Clinical Health Policy Research

Present academic rank: Associate Professor of Medicine (tenured)

Date and rank of first Duke Faculty appointment: Associate in Medicine, 1996

Medical Licensure:  North Carolina License # 17099

       Date of License (Month/Day/Year): June, 1991

Specialty certification(s) and dates (Month/Day/Year):

       Board Certified, Critical Care Medicine, American College of Physicians, 1998, re-certified 2009
       Board Certified, Pulmonary Medicine, American College of Physicians, 1996, re-certified 2006
       Board Certified, Internal Medicine, American College of Physicians, 1993, re-certified 2003

Date of birth:                Place (include city/state/country): Gary, Indiana, USA

Citizen of :  U.S.

| Education: | Institution | Date | Degree |
|---|---|---|---|
| High School | Upper St. Clair H.S., Pittsburgh, PA | 1979-81 | |
| College | Stanford University | 1981-85 | B.S. |
| Professional | University of California, Irvine | 1985-89 | M.D. |

Scholarly societies (Alpha Omega Alpha, Sigma Xi, Phi Beta Kappa; etc.):

1988    Alpha Omega Alpha, Zeta Chapter
1997    Member, American Thoracic Society
1997    Fellow, American College of Chest Physicians
1999    Fellow, Society of Critical Care Medicine

Professional training and academic career:

| Institution | Position/Title | Dates |
|---|---|---|
| Duke University Medical Center | Intern, Dept of Medicine | 1989-1990 |
| Duke University Medical Center | Resident, Dept. of Medicine | 1990-1992 |
| Durham VA Medical Center | Director, Emergency Department | 1992-1993 |
| Duke University Medical Center | Fellow, Pulmonary and Critical Care | 1993-1996 |
| Duke University Medical Center | Associate in Medicine | 1997-1999 |
| Duke University Medical Center | Assistant Professor of Medicine | 1999-2006 |
| Duke University Medical Center | Associate Professor of Medicine | 2006-2009 |
| Duke University Medical Center | Associate Professor of Medicine (tenured) | 2009-current |

Publications:

Refereed journals:
1. Govert JA, Patton S, Fine R. Pancytopenia from using trimethoprim and methotrexate. Ann Int Med 117:877-8; 1992.
2. Beauchamp C, Westman EC, Govert JA. Treatment of acute myocardial infarction [letter]. NEJM 329:430; 1993.
3. Baz MA, Layish DT, Govert JA, Howell D, Lawrence CM, Davis RD, Tapson VF. Diagnostic yield of bronchoscopy after isolated lung transplantation. Chest. 110:84-8; 1996.
4. Govert JA, Kopita JM, Matchar D, Kussin PS, Samuelson W. Cost-effectiveness of collecting routine cytological specimens during bronchoscopy for endoscopically visible lung tumor. Chest. 109:241-9; 1996.
5. Govert JA, Dodd L, Kussin P, Samuelson W. Prospective comparison of fiberoptic transbronchial needle aspiration and bronchial biopsy for bronchoscopically visible lung tumor. Cancer Cytopathology 87:129-134 1999.
6. The Acute Respiratory Distress Syndrome Network *(individual authors listed in appendix)*. Ventilation with lower tidal volumes as compared with traditional tidal volumes for acute lung injury and the acute respiratory distress syndrome. NEJM 342:1301-08; 2000.
7. The Acute Respiratory Distress Syndrome Network *(individual authors listed in appendix)*. Ketoconazole for early treatment of acute lung injury and acute respiratory distress syndrome: a randomized controlled trial. JAMA 283:1995-2002; 2000.
8. Hadjialidis D, Govert JA. Methemoglobinemia after infusion of isofasamide chemotherapy Chest 118:1208-1210. 2000.
9. The Acute Respiratory Distress Syndrome Network *(individual authors listed in appendix)*. Randomized placebo controlled trial of lisophylline for early treatment of acute lung injury and acute respiratory distress syndrome. Crit Care Med 30:1-6; 2002.
10. Samsa GP, Govert J, Matchar DB, McCrory DC. Use of data from non-randomized-trial designs in evidence reports: An application to treatment of pulmonary disease following spinal cord injury. Journal of Rehabilitation Research and Development. 39(1): 41-52; 2002.

11. Ahearn GS, Hadjiliadis D, Govert JA, Tapson VF. Massive pulmonary embolism during pregnancy successfully treated with recombinant tissue plasminogen activator, a case report and review of treatment options. Arch Intern Med 162:1221-7; 2002.

12. Wahidi MM, Sago J, Govert JA. Upper airway obstruction in a patient with epidermolysis bullosa acquisita Journal of Bronchology 9:298-300; 2002.

13. The ARDS Clinical Trials Network; National Heart, Lung, and Blood Institute; National Institutes of Health *(individual authors listed in appendix)*. Effects of recruitment maneuvers in patients with acute lung injury and acute respiratory distress syndrome ventilated with high positive end-expiratory pressure. Crit Care Med. 2003; 31(11):2592-2597

14. Cox CE, Carson SS, Ely EW, Govert JA, Garrett JM, Brower RG, Morris DG, Abraham E, Donnabella V, Spevetz A, Hall JB. Effectiveness of medical resident education in mechanical ventilation. American Journal of Respiratory & Critical Care Medicine. 167(1):32-8, 2003

15. Maccioli GA, Dorman T, Brown BR, Mazuski JE, McLean BA, Kuszaj JM, Rosenbaum SH, Frankel LR, Devlin JW, Govert JA, Smith B, Peruzzi WT. Clinical practice guidelines for the maintenance of patient physical safety in the intensive care unit: Use of restraining therapies-American College of Critical Care Medicine Task Force 2001-2002. Crit Care Med. 31(11):2665-76; 2003.

16. The Acute Respiratory Distress Syndrome Clinical Trials Network *(individual authors listed in appendix)*. Higher versus lower positive end-expiratory pressures in patients with the acute respiratory distress syndrome. N Engl J Med. 351(4):327-36; 2004.

17. Hadjiliadis D, Steele MP, Govert JA, Davis RD, Palmer SM. Outcome of lung transplant patients admitted to the medical ICU. Chest 125:1040-5, 2004.

18. Wahidi M, Rocha A, Hollingsworth J, Govert J, Feller-Koopman D, Ernst A. Contraindications and Safety of Transbronchial Lung Biopsy via Flexible Bronchoscopy. Respiration 72:285-95; 2005

19. Cox CE, Govert JA, Shanawani H, Abernathy AP. Providing Palliative Care for Patients ReceivingMechanical Ventilation. Part 1: Invasive and Non-Invasive Ventilation. Progress in Palliative Care. 13:63-67, 2005.

20. Cox CE, Govert JA, Shanawani H, Abernathy AP. Providing Palliative Care for Patients Receiving Mechanical Ventilation. Part 2: Withdrawing ventilation. Progress in Palliative Care. 13:133-37, 2005.

21. The National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network. *(individual authors listed in appendix)*. Efficacy and safety of corticosteroids for persistent acute respiratory distress syndrome. N Engl J Med. 354(16):1671-84, 2006.

22. The National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network. *(individual authors listed in appendix)*. Comparison of two fluid-management strategies in acute lung injury. N Engl J Med. 354(24):2564-75, 2006.

23. The National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network. *(individual authors listed in appendix)*. Pulmonary-artery versus central venous catheter to guide treatment of acute lung injury. N Engl J Med. 354(21):2213-24, 2006.

24. Cox CE, Carson SS, Lindquist JH, Olsen MK, Govert JA, Chelluri L; Quality of Life After Mechanical Ventilation in the Aged (QOL-MV) Investigators. Differences in one-year health outcomes and resource utilization by definition of prolonged mechanical ventilation: a prospective cohort study Crit Care 11(1):R9, 2007.

25. Clay AS, Que L, Petrusa ER, Sebastian M, Govert J. Debriefing in the intensive care unit: a feedback tool to facilitate bedside teaching. Crit Care Med. 35(3):738-54, 2007.

26. Cox, CE, Carson SS, Govert JA, Chelluri L, Sanders GD. An economic evaluation of prolonged mechanical ventilation. Crit Care Med. 35:1918-27, 2007.

27. Wahidi MM, Govert JA, Goudar RK, Gould MK, McCrory DC; American College of Chest Physicians. Evidence for the treatment of patients with pulmonary nodules: when is it lung cancer?: ACCP evidence-based clinical practice guidelines. Chest. 132(3 Suppl):94S-107S, 2007

28. Reddy AJ, Govert JA, Sporn TA, Wahidi MM. Broncholith removal using cryotherapy during flexible bronchoscopy: a case report. Chest. 132:1661-3, 2007.

29. Cox CE, Reed SD, Govert JA, Rodgers JE, Campbell-Bright S, Kress JP, Carson SS. Economic evaluation of propofol and lorazepam for critically ill patients undergoing mechanical ventilation. Crit Care Med. 36(3):706-14, 2008.

30. Carson SS, Garrett J, Hanson LC, Lanier J, Govert J, Brake M, Landucci D, Cox CE, Carey TS. A prognostic model for one-year mortality in patients requiring prolonged mechanical ventilation. Crit Care Med. 36(7):2061-9, 2008.

31. Phua GC, Govert J. Mechanical ventilation in an airborne epidemic. Clin Chest Med. 2008 29:323-8, 2008.

32. Tashkin DP, Celli B, Senn S, Menjoge S, Decremer M, UPLIFT Study Investigators ( J Govert member). A 4 year trial of tiotroprium in chronic obstructive pulmonary disease. N Engl J Med 359:1543-54; 2008.

33. Erickson SE, Shlipak MG, Martin GS, Wheeler AP, Ancukiewicz M, Matthay MA, Eisner MD; National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network – (J Govert member). Racial and ethnic disparities in mortality from acute lung injury. Crit Care Med 37:1-6; 2008.

34. Decremer M , Celli B, Kesten S, Lystig T, Mehra S, Tashkin DP, UPLIFT Study Investigators (J Govert member). Effect of tiotroprium on outcomes in patients with moderate chronic obstructive lung disease (UPLIFT) a prespecified subgroup analysis of a randomized controlled trial. Lancet 374:1171-81; 2009.

35. Cox CE, Martinu T, Sathy SJ, Clay AS, Chia J, Gray AL, Olsen MK, Govert JA, Carson SS, Tulsky JA. Expectations and outcomes of prolonged mechanical ventilation. Crit Care Med 37:2888-94; 2009.

36. Ware LB, Koyama T, Billheimer DD, Wu W, Bernard GR, Thompson BT, Brower RG, Standiford TJ, Martin TR, Matthay MA; NHLBI ARDS Clinical Trials Network (J Govert member). Prognostic and pathogenetic value of combining clinical and biochemical indices in patients with acute lung injury. Chest.137:288-96; 2010.

37. Troosters T, Celli B, Lystig T, Kesten S, Mehra S, Tashkin DP, Decramer M; Uplift Investigators (J Govert member). Tiotropium as a first maintenance drug in COPD: secondary analysis of the UPLIFT trial. Eur Respir J. 36:65-73; 2010.

38. Unroe M, Kahn JM, Carson SS, Govert JA, Martinu T, Sathy SJ, Clay AS, Chia J, Gray A, Tulsky JA, Cox CE. One-year trajectories of care and resource utilization for recipients of prolonged mechanical ventilation: a cohort study. Ann Intern Med. 153:167-75.;2010.

39. Norfolk SG, Hollingsworth CL, Wolfe CR, Govert JA, Que LG, Cheifetz IM, Hollingsworth JW. Rescue therapy in adult and pediatric patients with pH1N1 influenza infection: a tertiary center intensive care unit experience from April to October 2009. Crit Care Med 38:2103-7; 2010.

40. Troosters T, Celli B, Lystig T, Kesten S, Mehra S, Tashkin DP, Decramer M; Uplift Investigators. Tiotropium as a first maintenance drug in COPD: secondary analysis of the UPLIFT trial. Eur Respir J. 2010 Jul;36(1):65-73.

41. Turner DA, Williford WL, Peters MA, Thalman JJ, Shearer IR, Walczak RJ Jr, Griffis M, Olson SA, Sowers KW, Govert JA, Macintyre NR, Cheifetz IM. Development of a collaborative program to provide extracorporeal membrane oxygenation for adults with refractory hypoxemia within the framework of a pandemic. Pediatric Crit Care Med 2010 2103-7.

42. Calfee CS, Ware LB, Glidden DV, Eisner MD, Parsons PE, Thompson BT, Matthay MA; National Heart, Blood, and Lung Institute Acute Respiratory Distress Syndrome Network. Use of risk reclassification with multiple biomarkers improves mortality prediction in acute lung injury. Crit Care Med. 2011 Apr;39(4):711-7.

43. National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network, Matthay MA, Brower RG, Carson S, Douglas IS, Eisner M, Hite D, Holets S, Kallet

Randomized, placebo-controlled clinical trial of an aerosolized $\beta_2$-agonist for treatment of acute lung injury. Am J Respir Crit Care Med. 2011 Sep 1;184(5):561-8.

44. Rice TW, Wheeler AP, Thompson BT, deBoisblanc BP, Steingrub J, Rock P; NIH NHLBI Acute Respiratory Distress Syndrome Network of Investigators. Enteral omega-3 fatty acid, gamma-linolenic acid, and antioxidant supplementation in acute lung injury. JAMA. 2011 Oct 12;306(14):1574-81.

45. Liu KD, Thompson BT, Ancukiewicz M, Steingrub JS, Douglas IS, Matthay MA, Wright P, Peterson MW, Rock P, Hyzy RC, Anzueto A, Truwit JD; National Institutes of Health National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome Network. Acute kidney injury in patients with acute lung injury: impact of fluid accumulation on classification of acute kidney injury and associated outcomes. Crit Care Med. 2011 Dec;39(12):2665-71.

46. National Heart, Lung, and Blood Institute Acute Respiratory Distress Syndrome (ARDS) Clinical Trials Network, Rice TW, Wheeler AP, Thompson BT, Steingrub J, Hite RD, Moss M, Morris A, Dong N, Rock P. Initial trophic vs full enteral feeding in patients with acute lung injury: the EDEN randomized trial. JAMA. 2012 Feb 22;307(8):795-803.

47. Kangelaris KN, Sapru A, Calfee CS, Liu KD, Pawlikowska L, Witte JS, Vittinghoff E, Zhuo H, Auerbach AD, Ziv E, Matthay MA; National Heart, Lung, and Blood Institute ARDS Network. The association between a Darc gene polymorphism and clinical outcomes in African American patients with acute lung injury. Chest. 2012 May;141(5):1160-9.

48. Rice TW, Rubinson L, Uyeki TM, Vaughn FL, John BB, Miller RR 3rd, Higgs E, Randolph AG, Smoot BE, Thompson BT; NHLBI ARDS Network. Critical illness from 2009 pandemic influenza A virus and bacterial coinfection in the United States. Crit Care Med. 2012 May;40(5):1487-98..

49. Calfee CS, Gallagher D, Abbott J, Thompson BT, Matthay MA; NHLBI ARDS Network. Plasma angiopoietin-2 in clinical acute lung injury: prognostic and pathogenetic significance. Crit Care Med. 2012 Jun;40(6):1731-7.

50. Williams JW, Cox CE, Hargett CW, Gilstrap DL, Castillo CE, Govert JA, Lugogo NL, Coeytaux RR, McCrory DC, Hasselblad V, McBroom AJ, Posey R, Gray R, Sanders GD. Noninvasive Positive-Pressure Ventilation (NPPV) for Acute Respiratory Failure [Internet]. Rockville (MD): Agency for Healthcare Research and Quality (US); 2012 Jul.

51. Rosoff PM, Patel KR, Scates A, Rhea G, Bush PW, Govert JA. Coping With Critical Drug Shortages: An Ethical Approach for Allocating Scarce Resources in Hospitals. Arch Intern Med. 2012 Sep 24:1-6.

52. Needham DM, Dinglas VD, Bienvenu OJ, Colantuoni E, Wozniak AW, Rice TW, Hopkins RO; NIH NHLBI ARDS Network. One year outcomes in patients with acute lung injury randomised to initial trophic or full enteral feeding: prospective follow-up of EDEN randomised trial. BMJ. 2013 Mar 19;346.

Non-refereed publications:
1. McCrory DC, Samsa GP, Hamilton BB, Govert JA, Matchar DB, Goslin, RE, Kolimaga JT. Treatment of pulmonary disease following cervical spinal cord injury. Evidence Report/Technology Assessment Number 27 (Prepared by the Duke Evidence-based Practice Center under Contract No. 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.) AHRQ Publication No. 01-E014.: Agency for Healthcare Research and Quality. September 2001.
2. Roggli VL, Piantadosi CA, MacIntyre NR, Young SL, Kussin PS, Steele MP, Carraway MS, Welty-Wolf KE, Govert JA, McMahon TJ, Palmer SM, Sporn TA, Ghio AJ. Physician subsidies for tobacco advertising. Am J Respir Crit Care Med. 173(2):246, 2006
3. Williams JW, Cox CE, Hargett CW, Gilstrap DL, Castillo CE, Govert JA, Lugogo NL, Coeytaux RR, McCrory DC, Hasselblad V, McBroom AJ, Posey R, Gray R, Sanders GD. Noninvasve Positive Pressure Ventilation (NPPV) for Acute Respiratory Failure. Comparative Effectiveness Review Number 68 (Prepared by the Duke Evidence Based Practice Center under Contract No. 290-2007-10066-I). AHRQ publication No 12-EHC089. Agency for Heathcare Research and Quality. July 2012

Chapters in books:
1. Govert JA, Sebastian M, Fulkerson WJ. Outcome modeling in critical illness. Bone et al. (editors), Pulmonary and Critical Care Medicine, 2nd edition. Moseby-Year Book Inc., New York. 1997.
2. Govert JA, Fulkerson WJ. Fiberoptic bronchoscopy in the intensive care unit. In Shoemaker WC et al. (editors), Textbook of Critical Care, 2nd edition. W.B. Saunders Co., New York. 1999.
3. Govert JA, Tapson V. Bronchoscopy. In Taveras S, Ferrucci A (editors). Radiology: Diagnosis, Imaging, Intervention Lippincott, Williams and Wilkins Co, Philadelphia 1999
4. Crawford J, D'Amico TA, Govert JA, Kelly MJ, Shafman T. Pulmonary Malignancies. In Groopman JE (editor) Educational Review Manual in Medical Oncology. Castle Connolly Medical Publishing, New York, 2000.
5. Govert JA. Patient positioning. In MacIntyre NR, Branson R (editors) Mechanical Ventilation W.B. Saunders Co, New York 2001.
6. Hollingsworth JW, Govert JA. Fever in the Critical Care patient. In Jafek BW, Murrow BW (editors) ENT Secrets. Hanley & Belfus, Philadelphia, 2001.
7. McAdams P, Govert JA, Tapson V, Bronchoscopy. In Taveras S, Ferrucci A (editors). Radiology: Diagnosis, Imagine, Intervention. Lippincott, Williams and Wilkins Co, Philadelphia 2003.
8. Crawford J, D'Amico TA, Govert JA, Kelly MJ, Shafman T. Pulmonary Malignancies. In Pappas T, Purcell G (editors) Unbound Surgery. (Online textbook—www.unboundmedicine.com)
9. Govert JA. Patient positioning. In MacIntyre NR, Branson R (editors). 2nd edition. Mechanical Ventilation W.B. Saunders Co, New York 2008.

Books: NA

Other:
a. Published scientific reviews (for mass distribution): none

b: Editorials, position, and background papers
1. Govert JA. Another excuse bites the dust. Excessive sedation is not a reason to avoid low tidal volume ventilation. Crit Care Med. 33:903-4, 2005.
2. Cox CE, Govert JA. Assessing the comparative value of sedatives in the intensive care unit. Crit Care Med 38:709-11, 2010

Speakers Bureau, Glaxo-Welcome Corp., August 1998 – 2001
Consultant, Abbott Labs, 2004

Professional awards and special recognitions:

Pulmonary Division Fellows Teaching Award (Inaugural), 2011
Duke University Medical Center Master Clinician/Teacher Award, 2009
Duke University Medical Center Strength Hope and Caring Award, 2005
Eugene A. Stead Award for Excellence in Housestaff Teaching, 1997, 2004, 2010
Golden Apple Teaching Nomination, 2001, 2006
Presidential Citation, Society of Critical Care Medicine, 2003
Duke University Medical Center Kudos Award, 1998
Assistant Chief Medical Resident, 1992
Lange Award for Clinical Excellence, University of California, Irvine, 1989
Alpha Omega Alpha Society, 1988

Organizations and participation: (Offices held, committee assignments, etc.)
Member, Duke University Faculty Senate, 2002, 2004-2010
Member, NIH Acute Respiratory Disease Syndrome Steering Committee, 1997-present
Member Restraints Taskforce, Society of Critical Care Medicine, 2002-2003

Editorial Boards or Journal Reviewer
Reviewer CHEST, 2000-2005
Reviewer Critical Care Medicine, 2004-2008
Reviewer Critical Care Reviews, 2005
Reviewer Critical Care. 2010, 2011

Data Safety Monitoring Board Service
DSMB Chair; Phase II Prospective Trial of inhaled liposomal amphoteracin for aspergillus
prophylaxis in lung transplantation (Trial PI: Palmer, Duke Clinical Research Institute), 2003-4
DSMB Chair; Early Remobilization in the Intensive Care Unit, 2009-current (Trial PI Peter Morris,
Wake Forest University)

Current teaching responsibilities including continuing education:

Medical Student Education:
Pulmonary Physiology section of Medical School Practice Course (2nd year med students), 1996-
present
Lung and Thorax Physical Examination section of the Medical School Practice Course (1st year med
students) 1999-present
Lecturer and small group facilitator Medical School Capstone Course (4th year med students), 2006-
present
Course Director, Medical Intensive Care Subinternship, Medicine 405C (4th year med students)
1999-present

Post-graduate Medical Education:
Attending, Medical Intensive Care Unit, DUMC, 2-4 months/year (residents, medical students,
pulmonary fellows) 1996-present
Attending, Surgical Intensive Care Unit, DUMC, 1-3 months/year (med students, residents, critical
care fellows) 2001-2007
Attending, Pulmonary Service, 1-2 months/year (medical interns, pulmonary fellow), 1996-

present
Pulmonary Fellow Outpatient Clinic, ½ day every 2-4 weeks, 2001-present
Pulmonary subspecialty clinic, 2 days/week (one medicine resident), 2003-present
Medical Resident Morning Report, 1 hour/week 2002-present

Community Medical Education:
Community continuing medical education lectures: approx. 3-6 year

Past teaching responsibilities:
Lecturer in Critical Care Intersession (2nd year med students), 2005 - 2010
Attending, Pulmonary Consult Service, DUMC, 1-2 months/year (residents & students)1996-2000
Medical Resident Outpatient Clinic, ½ day/week, 1996-98,
Medical resident morning report, VAMC approx. 6 times/year
Lecturer, Advanced Respiratory Care Practitioners, 12 hours/year, 1996-99

Areas of research interests (basic and applied) - list:
Therapeutic trials in acute lung injury and acute respiratory distress syndrome
Therapeutic trials in sepsis
Clinical outcome of prolonged respiratory failure
Systematic literature review and guideline development
Cost-effectiveness of diagnostic testing in lung cancer

External support - gifts, grants, and contracts:

|  | PI | % Effort | Purpose | Amount | Approximate Duration |
|---|---|---|---|---|---|
| Past: | McCrory | 10% | ACCP-Cough | | 6/03-7/04 |
| | McCrory | 5% | ACCP-Pulmonary HTN | | 10/03-7/03 |
| | Govert (Site) | | Santarus Corp. | $80,000 | 7/02 – 7/03 |
| | Govert (Site) | | Chiron Corp | | 4/01 – 4/02 |
| | Fulkerson | 5% | NIH #N01-HR-46056 | | 9/94-12/01 |
| | Govert (Site) | | Ortho-Biotech | $20,000 | 11/00-11/01 |
| | McCrory | 5% | AHCRQ | | 5/99-5/2002 |
| | MacIntyre | 5% | ARDS Network | | 6/01 – 10/05 |
| | Govert | 0% | Mary Duke Foundation | | 12/01 – 12/05 |
| | Govert (Site) | 10% | Bio-Mereaux Corp | $225,000 | 6/03-1/05 |
| | Govert (Site) | 5% | Lilly Corp. | $12,000 | 8/03 – 9/05 |
| | Govert (Site) | 5% | Ortho-Biotech (Procrit in ICU) | $35,000 | 6/04-6/06 |
| | McCrory | 10% | ACCP-Lung Cancer guidelines | | 6/05-7/06 |
| | Govert (Site) | <5% | Pfizer (linazolid for VAP) | $40,000 | 2/06 – 1/07 |
| | Govert (Site) | <5% | ATTAIN (telithromycin for VAP) | | 12/05 – 5/07 |
| | Govert (site) | <5% | BioMereaux (Procalcitonin) | | 9/06 – 1/08 |
| | Govert (site) | <5% | Boehringer Ingelheim (UPLIFT) | | 6/07 - 9/09 |
| Present: | MacIntyre | <5% | ARDS Network | | 11/05 – |

Clinical activity: (type of practice and estimate of time commitment past 5 years)
       Attending, Medical Intensive Care Unit, DUMC, 3 months/year, 1999-present
       Attending Surgical Intensive care Unit, DUMC, 1-3 months/year, 2001-2009
       Attending, 7800 Pulmonary Service, 1-2 months/year, 1999-present
       Pulmonary Medicine Outpatient Clinic 2 sessions/week, 2001-present
       Pulmonary Fellows Outpatient Clinic 1 session every 2 weeks, 2001-present
       Attending, SELECT Chronic Ventilator Hospital, 1.5 months/year, 2003-2005

Participation in academic and administrative activities of the University and Medical Center

    Current Positions:
    Clinical Director, Division of Pulmonary and Critical Care Medicine, 2012-present
    Chair, Duke Hospital Pharmacy and Therapeutics Committee, 2010 - present
    Medical Director, Medical-Surgical Clinical Service Unit, Duke University Hospital 2001-present
    Medical Director, Medical Intensive Care Unit, Duke University Hospital 1999-present
    Fellow, Duke University Center for Clinical Health Policy Research, 2003-present
    Associate Director, Adult Cystic Fibrosis Clinic, Duke University Medical Center, 2006-present
    Member, Department of Medicine Clinical Practice Committee, 2000-present

    Previous Positions
    Vice Chair for Quality and Inpatient Services, Duke University Dept. of Medicine, 2010-2012
    Associate Vice Chairman for Clinical Affairs, Department of Internal Medicine, 2007-2010
    Member, Duke University Faculty Senate, 2002-2010
    Pulmonary Division Representative, Dept. of Medicine QI Committee, 1999-2008
    Member, Pharmacy and Therapeutics, Pulm and Crit Care Medicine Subcommittee, 1998 - 2006
    Member Medicine Housestaff Recruitment Committee, 1998 – 2005
    Member, Advanced Respiratory Care Practitioner Credentialing Committee, 1996-2005
    Member School of Medicine Curriculum Committee, 2002-2005
    Member of Department of Medicine Clinical Research Committee, 1997-1999
    Assistant Medical Director, Medical Intensive Care Unit, DUMC 1998



# Duke Regional Hospital

DUKE UNIVERSITY HEALTH SYSTEM

Home > Physicians > Kussin, Peter S., MD

## Physicians

### Kussin, Peter S., MD

**Office:** Duke University Medical Center
Box 2827
Durham, NC 27710

**Office phone:** 919-660-2372

**Office fax:** 919-933-7911

**Specialty:** General Medicine

**Department:** Medicine

**License:** NC Medical Board

**Board certifications:**
- Internal Medicine
- Pulmonary Disease

**Training**
- 1989- Fellowship, Duke University Medical Center
- 1988- Residency, Duke University Medical Center
- 1986- Internship, Duke University Medical Center
- 1985- Medical School, Mount Sinai School of Medicine



**Share**

Tweet  0

Like  0

$8$+1  0

MARTIN JANIS, MD, FACP
3921 Sunset Ridge Road Suite 101
Raleigh NC 27607
Phone 919-782-7576
Fax 919-782-7573

**CURRICULUM VITAE**

## Practice Experience

- Private Practice Internal Medicine Madison Wisconsin 1970-1971
- Kaiser-Permanente Medical Group San Rafael California 1971-1974
- Private Practice Geriatrics and Primary Care Internal Medicine West Contra Costa County California 1974 to 1995 (Practice sold to Medpartners Medical Group in 1995)
- Physician and Partner Medpartners Medical Group Richmond California (through November, 1998)
- Geriatrician Raleigh Community Hospital Senior Health and Geriatric Center (Duke University) 1999-2002
- Geriatrician Duke Senior Health and Geriatric Center 2002-2004
- Geriatrician with Raleigh Geriatrics (currently)

## Hospital Staff Appointments

- Past Chairman Utilization Review Committee Brookside Hospital Richmond, California
- Member Medical Privileges Committee Doctors Hospital, Pinole California
- Director of Medical Education Brookside Hospital, Richmond, California 1974 through 1990
- Active Staff Raleigh Community Hospital 1999 to present

## Committee and Society and Directorship Activities

- Past member Emergency Oversight Committee Doctors Medical Center San Pablo and Pinole, California
- Past member of Governing Council (Board of Directors) Alameda-Contra Costa California Medical Association
- Past member Medical Services Committee California Society of Internal Medicine
- Past member Alameda Contra Costa County California Medical Association Bioethics Committee
- Past member American Society Internal Medicine Underwriting and Claims Review committee
- Past member East Bay California Peer Review Organization
- Past Medical Director East Bay California Hospice Richmond, CA
- Past Medical Director Amedysis Home Health Nursing Chapel Hill NC
- Past Medical Director Brighton Gardens Assisted Living Raleigh NC
- Past Medical Director Hillhaven-Brookvue Skilled Nursing Facility Richmond California
- Past Medical Director Sunnybrook Skilled Nursing Raleigh NC
- Medical Director Medi Home Health Raleigh, NC
- Medical Director Community Hospice Cary, NC

## Executive Experience

- Past President Vale Medical Associates IPA
- Past President Phoenix Medical Group IPA
- Past President West County Primary Care Medical Group
- Past President California Medical Association Hospital Medical Staff Section
- Past President and Chief of Staff Brookside Hospital, Richmond, California

## Education and Training

- Columbia University, New York City BA 1959
- New York University School of Medicine M.D. 1963
- Maimonides Medical Center Brooklyn Medical Internship
- Albert Einstein College of Medicine Bronx Municipal Hospital Surgical Resident
- Bronx Veterans Administration Hospital Medical Resident
- University of Wisconsin Hospitals Medical Resident
- U of Wisconsin Research Fellowship in Hematology, Immunology & Genetics

## Faculty Positions

- Past Instructor in Medicine University of Wisconsin
- Past Assistant Professor of Clinical Medicine University of California, Davis
- Clinical Faculty Duke University School of Medicine 2002-2004

# Publications

Janis, M., and Bach, F.H.

Potentiation of *in vitro* Lymphocyte Reactivity, Nature 225, 238 1970

Janis, M., and Bach, F.H.

Blastogenic Factor Production by PHA-Stimulated Leucocytes, Proceedings of the Fourth Annual Leukocyte Culture Conference Appleton-Century-Crofts, New York 1971

Janis, M., Hartzman, R.J., and Bach, F.H.

Soluble Factors in Histocompatibility Matching in : Histocompatibility Testing 1970 Munksgaard, Copenhagen 1970

Bach, F.H., Alter, B.J., Solliday, S., Zoschke, D.C., and Janis, M.

Soluble Reconstituting Factor Permitting Response of Purified Lymphocytes Cellular Immunology 1, 291 1970

Janis, M

The Stones of Judea Jewish Frontier 44, 27, 1977

Janis, M. .

Only the Human Being Journal of the American Medical Association 276, 1534, 1996

# Board Certification
- Diplomate of American Board of Internal Medicine 1976
- Diplomate of American Board of Internal Medicine in Added Qualifications in Geriatric Medicine 1988
- Diplomate of American Board of Internal Medicine in Geriatric Medicine 2002

# Society Memberships
- American College of Physicians (Fellow)
- American Geriatrics Society

# Honors
- Fellow of the American College of Physicians
- Tarheel of the Week award from the Raleigh News and Observer (for contribution to the medical care of the elderly)
- North Carolina Triangle Home Health and Hospice Awards: 2014 Medical Practice of the Year

**Curriculum Vitae:**
Charles E. Metzger, M.D.

**Office Address:**
1905 Clint Moore Road, Suite 204
Boca Raton, FL 33496

**Email Address:**
cmetz@bellsouth.net

**Office Phone:**
561-544-8938

**Office Fax:**
561-544-8942

**Cell Phone:**
561-706-1246

<u>Occupation</u>:
Internal Medicine Physician in private practice since September 1999

<u>Board Certification</u>:
American Board of Internal Medicine
ABIM ID: 191272
Initial Certification: 1999
Re-Certification: 2009

<u>Current Licensure</u>:
Florida Medical License# ME77921
Drug Enforcement Agency License#BM5608180

<u>Education</u>:
May 1992: B.S. Biology with Honors: Loyola University, New Orleans

June 1996: M.D.: UMDNJ - Robert Wood Johnson School of
Medicine, New Brunswick, New Jersey

Page 1 of 2

**Post-Doctoral Training/Specialization:**
July 1996 - June 1999: Internship and Residency in Internal Medicine
Emory University   Atlanta, GA

**Professional Experience:**
Sept 1 1999 - June 2007: Private Practice with Boca Raton Medical
Group in Boca Raton, Florida

June 2007 - Present: Private Practice with Metzger Comprehensive
Care

**Hospital Privileges:**
Boca Raton Regional Hospital (1999 - Present)
800 Meadows Road, Boca Raton, Florida

**Positions/Awards/Other:**
June 1998: Resident Physician of the Year;
Emory University Residency Program

July 2002 - June, 2005: Vice Chief of Medicine
Boca Raton Regional Hospital

July 2005 -June, 2008: Chief of Medicine
Boca Raton Regional Hospital

August 2008 - December, 2010: Medical Director
Avante' Boca Raton Nursing Home

August 2010 - Present: Chief Medical Informatics Officer
Boca Raton Regional Hospital

July 2014 – Present: Affiliate Faculty
Florida Atlantic University Internal Medicine Residency Program at
Boca Raton Regional Hospital

July 7 2014

CURRICULUM VITAE

PHILIP EUGENE ASHBURN
2700 Townedge Court
Raleigh, NC 27612
919-781-3965
pea48@earthlink.net

**Work:** Physician in the private practice of internal medicine and gastroenterology from July 15, 1978 to December 31, 2008 with Wake Internal Medicine, Suite 300, 3100 Blue Ridge Road, Raleigh, NC 27612. Phone - 919-781-7500.

**Personal:** Born - in Winston-Salem, NC
Married – June 12, 1971 to Ann Elizabeth Ingram
Children

**Education:** College: UNC – Chapel Hill, 1966-1970, A.B. in Zoology
Medical School: Bowman Gray School of Medicine, 1970-1974
Internship in Medicine: Johns Hopkins Hospital, July 1974 – July 1975
Residency in Medicine: Johns Hopkins Hospital, July 1975- July 1976
Clinical Fellowship in Gastroenterology: Duke University Medical Center, July 1976 – July 1977

**Honors:**

**College:**
Phi Eta Sigma (freshman honor society)
Alpha Epsilon Delta (premedical honor society)
Phi Beta Kappa (scholastic honor society)
Whitaker Scholar

**Medical School:**
Alpha Omega Alpha (medical honor society)
Senior Reynold's Scholar Award
Upjohn Achievement Award
Faculty Award (for graduating # 1 in the class)

**Certifications:**
1. North Carolina physician's license #19307, 6/13/74
2. Diploma of the National Board of Medical Examiners #164691, 7/1/75
3. Certified American Board of Internal Medicine, #59150, 6/22/77
4. Certified American Board of Internal Medicine (Gastroenterology) #59150, 11/10/81

## Garry W. Kauffman, RRT, FAARC, MPA, FACHE

**Professional Positions**

Wake Forest University Baptist Medical Center
    Administrative Director, Critical Care Services
    Director, Respiratory Care Services
Select Specialty Hospital of York
    CEO
Lancaster General Health
    Director, Strategic Implementation, Lancaster General Health
    Administrative Director, HBO and Wound Care Center, Renal Services
American Association for Respiratory Care, COO
Physician Practice Administrator
York Health System
    Director, Operations support
    Administrative Director, Medical Service Line
    Director, Pulmonary Services/Sleep Lab/EEG
St. Joseph Hospital
    Director of Therapeutics, Rehabilitation Medicine Service Line
    Administrative Director, Respiratory Care Services
York Hospital
    Critical Care Coordinator, Pulmonary Services
    Director of Clinical Education, Respiratory Therapy Program
    Lebanon Valley General Hospital, Director Cardiopulmonary/EEG Services

**Education**

Pennsylvania State University
Master of Public Administration, Healthcare Administration Track, 12/87

St. Joseph Hospital/York College Program in Respiratory Therapy
Respiratory Therapy Diploma, 1/76

Franklin and Marshall College
Bachelor of Arts, Pre-healing Arts, 6/74

**Publications/Presentations**

Adjunct Faculty, Harrisburg Area Community College
Chapter author, healthcare textbooks
Article author and co-author, healthcare peer-reviewed journals
National seminar lecturer

**Professional/Civic Affiliations**

American College of Healthcare Executives (Fellow)
American Association for Respiratory Care (Past President, Fellow)
American Lung Association
Pennsylvania Society for Respiratory Care
North Carolina Society for Respiratory Care
Healthcare Executives Forum of Central Pennsylvania
Pennsylvania State University
Medical Group Management Association

The Hospital and Healthcare Association of Pennsylvania
Lancaster Citizen Corps Council, Advisory Board
Lancaster County Medical Reserve Corps, Board
Network for Safe and Healthy Children
Respiratory Care Journal: manuscript reviewer

## PUBLICATIONS-Samples

"Respiratory Care Year in Review 2012", Respiratory Care, April 2012, Vol 57, Number 4, pp. 590-606 (Dunne, MacIntyre, Schmidt, Haas, Rye, Hess, Kauffman)

"Business Planning 101 and 202," AARC Management Section, Fall 2009 and Spring 2010 Management Newsletters.

"Understanding and Communicating the Value of Respiratory Therapy," On-line Continuing Education Course, Vapotherm, September 2009.

"Hyperbaric Oxygen Therapy," AARCTimes, August 2008.

"Chapter 10: Assessing Outcomes," Respiratory Care: Principles and Practice, Mosby/Saunders, 2000.

"Need for Tolerance and Understanding," The AARC Record, August, 1995.

"Materiel Needs of Respiratory Care," Hospital Materiel Management Quarterly, November 1993.

"Evaluation, Maintenance, and Quality Control of Respiratory Care Equipment," Respiratory Care: A Guide to Clinical Practice, Chapter 7, J.D. Lippincott Company, 1991. (Dean Hess and Garry Kauffman)

"Use of Medication Cards in a Respiratory Therapy Training Program," Respiratory Care, June 1980. (Dean Hess and Garry Kauffman)

"A Simple PEEP System for the Laerdal Resuscitation Bag," Respiratory Care, May/June 1981.

"Modification of the Infant Laerdal Resuscitation Bag to Monitor Airway Pressure," Critical Care Medicine, February 1982. (Garry Kauffman and Dean Hess)

"A Simple ABG Syringe Performance Testing System," Respiratory Therapy, September/October, 1982. (Garry Kauffman and Jonathan Klapper-Lehman)

## PRESENTATIONS-Samples

'You've Given All You Got and They Want More: Managing Stress and Burnout', AARC Summer Forum 2014

'Multi-institutional Collaboration to Establish a Ventilator Patient Weaning Unit', AARC Congress 2013

'RT Department Dashboard: Creating, Aligning, and Marketing Your RT Department', AARC Congress 2013

'The "New" Health Care Paradigm: Will RTs Survive or Thrive?', AARC Congress 2013

'The Basics of Chest X-Ray Interpretation', Florida Space Coast Conference, 2013.

'Creating the Value Proposition for Respiratory Therapist', Northwest AHEC, NC 2013.

'Promoting Your Services From the Front Line:  What to Say and Who to Tell', AARC Congress, 2012.

'What's the Evidence and How Do We Market Our Services', AARC Summer Forum, 2012.

'New Value-Added Roles for RTs in Long Term Acute Care Hospitals', AARC Webcast, August 1, 2012.

"Talent Management for Bench Strength Development", American College of Healthcare Executives/Healthcare Executives Forum of Central Pennsylvania, June 2011.

"The Changing Landscape of Respiratory Care:  A Human Resource Perspective," AARC Summer Forum - Management Section, 2010.

"Dealing with Time and Stress Management," AARC Summer Forum - Management Section, 2010.

"Chest X-Rays:  Black, White, and All That Grey," Oregon Society for Respiratory Care Annual Symposium, 2010.

"Demonstrating, Documenting, and Communicating the Value of Respiratory Therapists," Oregon Society for Respiratory Care, 2010.

"Ethics:  A Short Treatise on a Complex Subject," Washington Society for Respiratory Care, 2010.

"Pulmonary Rehabilitation 2010 and Counting," Cambria-Somerset Council for Education of Health Professionals, 2010.

"Recruitment and Retention:  It's Not Just the Manager's Job!" Cambria-Somerset Council for Education of Health Professionals, 2010.

"What They Don't Teach in Respiratory Therapy School," AARC Summer Forum-Management Section, 2009.

"Making the Business Case for Respiratory Care Services," AARC, Summer Forum-Management Section, 2009.

"HBO:  Good Medicine and Good Business," Georgia Society for Respiratory Care Annual Conference, 2009.

Garry W Kauffman speaking resume with publications and presentations 7 31 14

## Educational Background

| Degree | Year | University | Major |
|--------|------|-----------|-------|
| M.S. | 2010 | Northeastern University, Boston, MA | Respiratory Care |
| B.S.R.C. | 1996 | Texas State University, San Marcos, TX | Respiratory Care |
| B.S.Ed. | 1988 | Stephen F. Austin State University, Nacogdoches, TX | Education |

## University Experience

| Position | University | Dates |
|----------|-----------|-------|
| Assistant Professor | Texas State University | June 2010 – present |

*Responsibilities:* Teaching duties include didactic and clinical instruction of students in a Bachelor of Science degree respiratory care program. Research interests include asthma education, pulmonary rehabilitation, and end-of-life issues in respiratory care. Service committee member at the department, college, and university levels.

| | | |
|----------|-----------|-------|
| Lecturer | Texas State University | August 2007-June 2010 |

*Responsibilities:* Teaching courses in pulmonary rehabilitation and pulmonary function testing for students in a Bachelor of Science degree respiratory care program.

## Professional Experience

| Position | Entity | Dates |
|----------|--------|-------|
| Respiratory Therapist | Cedar Park Regional Medical Center | November 2007-present |

*Responsibilities:* Patient assessment, respiratory care protocols, pulmonary function testing, ventilator management, airway management of endotracheal and tracheostomy tubes, arterial blood gases, oxygen therapy, electrocardiograms, aerosol delivery of medications, and chest physical therapy. Respiratory Care educator duties include training staff in performing pulmonary function testing.

| | | |
|----------|--------|-------|
| Respiratory Therapist | Heart Hospital of Austin | October 2006-December 2009 |

*Responsibilities:* Patient assessment, respiratory care protocols, pulmonary function testing, ventilator management, arterial blood gases, oxygen therapy, airway management, aerosol therapy, IPPB, and chest physical therapy. Educator duties included training the respiratory therapy staff in performing pulmonary function testing and the design and implementation of a course for Registered Nurses on COPD and Asthma.

| Respiratory Therapist | Seton Southwest Healthcare Center | October 2005-August 2007 |

*Responsibilities:* Member of the Pulmonary Rehabilitation team with duties that included performing pulmonary function testing, arterial blood gases, aerosol delivery of medications, and airway clearance. Direct supervision of the exercise sessions of patients in the Pulmonary Rehabilitation program, acquiring vital signs, pulse oximetry, titrating oxygen therapy, and maintaining medical charts.

| Sales Manager | Collins Contracting, Inc. | January 2000-September 2005 |

*Responsibilities:* Sales and marketing, hiring and firing of employees, management of all subcontractors, ordering equipment and supplies for a family owned home improvement company in Austin, Texas.

| Respiratory Therapist | Seton Medical Center | January 1996-December 1999 |

*Responsibilities:* Serving as the Pulmonary Rehabilitation Coordinator for the multidisciplinary hospital based program. Developed and implemented policy and procedures and educational classes for the Pulmonary Rehabilitation program. Other duties included performing pulmonary function testing, cardiopulmonary stress testing, arterial blood gases, and aerosol delivery of medications and chest physical therapy.

| Respiratory Therapist | St. David's Medical Center | November 1991-January 1996 |

*Responsibilities:* Cardiology Technician duties included performing electrocardiograms, cardiac stress testing, and medical transcription of cardiology reports. Respiratory Therapy duties included performing arterial blood gases, aerosol delivery of medications, airway clearance, airway management, and chest physical therapy.

**Professional Credentials**

Certified Respiratory Therapist (CRT) - National Board for Respiratory Care (1995– present)
Registered Respiratory Therapist (RRT) - National Board for Respiratory Care (1997– present)
Registered Pulmonary Function Tech (RPFT) - National Board for Respiratory Care (1997– present)
Certified Asthma Educator (AE-C) -National Asthma Educator Certification Board (2005-present)
Respiratory Care Practitioner (RCP) – Licensed in the State of Texas, #67115 (1995-present)

*American Heart Association Certifications:*
BLS Provider – Basic Life Support, expires 12/2016
ACLS Provider - Advanced Cardiac Life Support, expires 12/2016
PALS Provider - Pediatric Advanced Life Support, expires 10/2015
NRP Provider - Neonatal Resuscitation Program, expires 10/2016

**TEACHING**
Courses Taught:

| RC 3125 | Pulmonary Function Testing |
| RC 3313 | RC Clinical Practice I |
| RC 3323 | RC Clinical Practice II |
| RC 3333 | RC Clinical Practice II |
| RC 3365 | RC Practice IV (ICU, Invasive & non-invasive ventilation) |
| RC 4316 | RC Clinical Practice (ICU, Mechanical Ventilation) |
| RC 4317 | Pulmonary Rehabilitation |
| RC 4320 | Contemporary Issues in Cardiopulmonary Care |

3310 Darden Rd
Greensboro, NC 27407

336-587-0578 cell
704-618-0992 work
PURPLENURSE@HOTMAIL.COM

# Gale L. Hairston RN

**Objective**   Expert Witness for Nursing Home Specialty

Owner: RN Consulting. Legal Expert Witness since 2003: >100 cases, approx. 50+ depositions, and 8 trials.

Have represented 10+ Law firms with multiple Attorneys since 2003 as Expert Witness.

**Experience**   1999-Current          Medical Facilities of NC/MFA          Roanoke, VA

**Corporate Regional Nurse Consultant**

- Provide primary consultation in all areas of Long Term Care to 4 Skilled Nursing Facilities and assist in other facilities within company.
- Assist and verify that facilities are in compliance with all regulatory agencies, legal requirements, Medicare/Medicaid requirements, company policies and procedures, and established MFA business drivers
- Provide training/education and fill in for vacant positions as needed
- Assist and verify that facilities are providing quality care to residents that reside within facilities
- Assist and verify that facilities are achieving highest star rating and case mix rates possible
- Provide direct resident care as needed
- Troubleshoot as needed


1996-1999  Guilford Health Care Center (MFNC)  Greensboro, NC

**Director of Nursing Services**

- Direct, evaluate and supervise all resident care needs in compliance with all regulatory agencies and legal requirements
- Provide leadership and supervision of approximately 100 employees
- Develop systems, QA programs and committees.
- Assisted the facility to become deficiency free and JCAHO accredited

1/96 to 2/96    Home Health Agency Greensboro, NC

**RN Staff Nurse**

- Provide direct skilled nursing to client's in homes

1990-1996  Beverly Health Care of Starmount          Greensboro, NC

**Director of Nursing Services**

- Received Beverly Enterprises QA Excellence Award 4 years
- No level "A" deficiencies, less than 5 level "B"s

Instrumental in pilot program for disease management in Long Term Care, supported by Bristol-Myers Squibb Co., and presented as a faculty member at the annual meeting of Consultant

Pharmacists in San Francisco, Ca 1995

**Education**    Registered Nurse License #108113, State of North Carolina
Administrator in Training Classes-UNC Chapel Hill Fall 2005
1997 NCHCFA Management Institute for Nurse Managers in LTC
1988-Portland State University, Oregon
1986 Chemeketa Community College, Oregon
Past Member of the Coalition for the Enhancement Of Long Term Care
Past Member of the American Association of Legal Nurse Consultants

# STEVEN HOWARD FARLOW

**PROFESSIONAL ENGINEER**

North Carolina    Florida

27029             62674

**ACCIDENT RECONSTRUCTION ANALYSIS, INC.**

5801 Lease Lane, Raleigh, NC 27617

(919) 787-9675

## EDUCATION

**NORTH CAROLINA STATE UNIVERSITY**                                    Raleigh, NC

<u>Bachelor of Science</u> Mechanical Engineering

December, 1990

## EXPERIENCE

**Accident Reconstruction Analysis, Inc.**                              Raleigh, NC

Staff Engineer:

September 1992 to Present

Investigate and reconstruct accidents; perform fire investigations; write technical reports; and prepare cases for court trial.

**Accident Reconstruction Analysis, Inc.**                              Raleigh, NC

Animation Designer/Engineer:

May 1992 to Present

Present 3-D simulations of accidents and industrial processes.

**Accident Reconstruction Analysis, Inc.**                              Raleigh, NC

Assistant Engineer:

August 1990 to August 1992

Assist in investigation and reconstruction of accidents; assist with performing tests; prepare cases for court trial.

**Triangle Pool Management, Inc.**                                      Raleigh, NC

Manager/Pool Operator

May 1989 to September 1990

## PROFESSIONAL SERVICES

– Investigation and Reconstruction of motor vehicle, maritime and railcar accidents
– Computer aided modeling and Motor Vehicle Accident Simulations
– Perform cause and origin investigations for fire and explosions involving motor vehicles and residential/commercial structures
– Product testing and evaluation
– Evaluation of building components and processes for code compliance
– Structural Investigations
– Water Intrusion Analysis
– Inspection of recreational areas and equipment
– Design, model and produce three dimensional computer simulations of accidents and mechanical processes for use as exhibits in court trial
– Design, model and produce actual three dimensional models of roadways and industrial processes for use as exhibits in court trial

## MEMBERSHIPS

– American Society of Mechanical Engineers

## REGISTRATIONS

– Professional Engineer - North Carolina 27029
– Professional Engineer - Florida 62674

# JAMES L. WRIGHT   B.B.A.  N.H.A.

205 Prairie Drive
Franklin, TN 37064
615-599-3687   (H)
jlwrite1@comcast.net

## SUMMARY OF QUALIFICATIONS

- *Offering 21 years of experience as a health care administrator*
- *Broad range of experience in financial management and quality assurance*
- *Supervised construction of a two million dollar expansion in first administration*
- *Successful transition of a 120-bed facility to independent management*
- *Supervised construction of a 2.5 million dollar expansion/renovation in 2008*
- *Supervised construction of a half million dollar renovation in 2011*
- *Extensive experience with Medicare, Managed Care, and Medicaid programs*
- *Well-informed on current applicable Federal and State regulations*

## EXPERIENCE

**2010-Pres**   *State of Tennessee Health Services & Development Agency*
**Nursing Home Industry Representative & Vice-Chairman** – **Certificates of Need**

**2009-Pres**   *State of Tennessee Board of Examiners - Administrator-In-Training Program*
**Licensed Preceptor**

**2005-Pres**   *Alexandra Group, Inc., General Partner for West Meade Place LLP, Nashville, TN*
**President**

**2003-Pres**   *West Meade Place LLP, Nashville, TN (independently operated)*
**Administrator**

**1998-2003**   *National Health Care Corporation, West Meade Place, Nashville, TN*
**Administrator**
*-Oversee daily operations of a 120 bed SNF/NF facility ensuring quality patient care*
*-Serve as liaison for the corporate management structure enforcing policies and procedures and ensuring compliance with all applicable Federal and State regulations, responsible for all primary fiscal matters*
*-Serve as liaison for the health center to patients, families and the community*
*-Improved operations of a troubled center since 1998 by:*
- *Reducing survey deficiencies from nine with some substandard care issues to deficiency free by 2003*
- *In-house decubitis reduced from 14% to 0%*
- *Weight Loss from 53% to less than 5%*
- *Turnover from 175% to <70%*
- *Employee Morale improved from 78% to 92%*
- *Corporate Patient Care Survey increased from 81% to 92%*
- *Customer Satisfaction increased from 84% to 92%*
- *Overall Center Operational Performance increased from 66% to 93%*

**1995-1998**   *National HealthCare Corporation, NHC Health Care, Cookeville, Cookeville, TN*
**Administrator**
*-Same responsibilities as above for a 96 bed SNF/NF*
*-Overall Center Operational Performance increased from 82% to 93%*

| 1992-1995 | Prestige Management Services, Fentress Co. Nursing Home, Jamestown, TN |

1992-1995      *Prestige Management Services, Fentress Co. Nursing Home, Jamestown, TN*
**Administrator**
*-Oversaw daily operations of a 140 bed ICF facility ensuring quality patient care*
*-Increased operating capacity from 100 to 140 beds with plans for a SNF unit*
*-Renovated/expanded dietary and laundry services to adequately serve center needs as well as other capital improvements to upgrade the center's environment*

1991-1992      *American Shell Company, Inc. Atlanta, GA*
**Marketing Manager**
*-Responsible for all marketing functions of an import/export company ensuring effective promotions and efficient operations*

1990-1991      *Johnson Worldwide Company d/b/a Porelon, Inc. Cookeville, TN*
**Marketing Representative**
*-Assisted with the creation of a nation-wide distribution network for technical equipment sales, visited plant sites to look at production set-ups and evaluate equipment needs in order to make formal proposals to serve those needs*

1987-1990      *CDC Inc. Cookeville, TN*
**Office Manager**
*-Responsible for the operation of all daily office functions including accounting, payroll, benefits, personnel, and the implementation of policies and procedures*

1986-1987      *Textron Corporation Nashville, TN*
**Product Coordinator, Quality Assurance**
*-Ensured customer and U.S. Government officials that engineered products were being built to contract designs and specifications and responsible for any engineering changes, making certain that all changes were incorporated into the plans and specifications*
*-Responsible for final shipment authority on a 2.2 billion dollar project*
*-Designated as a Quality Specialist during crucial U. S. Government audits*

## EDUCATION

1980-1985      *Tennessee Technological University, Cookeville, TN*
*B. S. Business Administration*
*Major: Finance and Management Information Systems*
1976-1980      *Livingston Academy, Livingston, TN*
*(high school diploma)*

## ACTIVITIES AND HONORS *(past and present)*

- *The National Management Association - Member*
- *Outstanding Young Americans Association - Honoree*
- *Who's Who Worldwide Organization - Honoree*
- *The American College of Health Care Administrators - Member*
- *Tennessee Technological University School of Nursing Foundation – Member – 1996-1998*
- *TTU School of Nursing Foundation Board of Trustees and Chairman – Scholarship Committee – 1997-1998*
- *Tennessee Health Care Association – Proprietary Council Representative - Membership Services – 2004-2005*
- *Tennessee Health Care Association – Nashville District Representative – Government Relations – 2006-2009*
- *Tennessee Health Services & Development Agency Governor's Appointee as the Representative for the Nursing Home Industry – 2010-Present – Agency Vice-Chairman – 2013-2014*
- *Tennessee Health Care Association – Independent Proprietary Council Vice-President – 2011-2012*
- *Tennessee Health Care Association – Board of Directors – 2011-2012*
- *Tennessee Health Care Association – Distinguished Association Service Award – 2013*
- *Tennessee Health Care Association – Chairman – Tennepac Committee – 2014-Present*
- *Tennessee Health Care Association – Quality & Regulatory Affairs Committee – 2014-Present*

# ROBERT R. KULESHER

**Office**
Department of Health Services and Information
Management
College of Allied Health Sciences
EAST CAROLINA UNIVERSITY
4340 Health Sciences Building
Greenville, North Carolina 27858-4353
(252) 744-6174
FAX: (252) 744-6179

**Email**
kulesherr@ecu.edu

**Department Web Page**
http://www.ecu.edu/hsim

**Residence**
1630 Treybrooke Circle
Greenville, North Carolina 27834-9154

## EDUCATION

**Ph. D.** **UNIVERSITY OF DELAWARE**, Newark, Delaware
School of Urban Affairs and Public Policy
**Dissertation:** "The Influence of Medicare Reimbursement Policy on Health Care: How the
Balanced Budget Act of 1997 (Public Law 105-33) Impacted Medicare Services in Delaware."
**Doctor of Philosophy in Urban Affairs and Public Policy** 2003.

**M.H.A.** **WASHINGTON UNIVERSITY**, St. Louis, Missouri
School of Medicine: Graduate Program in Health Administration and Planning
**Master of Health Administration** 1977

**B. A.** **VILLANOVA UNIVERSITY**, Villanova, Pennsylvania
College of Arts and Sciences
**Bachelor of Arts in Psychology** 1974

## RESEARCH AND TEACHING EMPHASIS

National health policy, public sector health care, public administration, public financial management, policy
studies, nonprofit management, information technology, health care of the poor and uninsured, health insurance,
Medicare and Medicaid, governance, urban studies.

## TEACHING EXPERIENCE

**EAST CAROLINA UNIVERSITY** (2003-Present)
College of Allied Health Sciences
Department of Health Services and Information Management
Associate Professor (2009 to Present)
Assistant Professor (2003-2009)
Teaching

| | |
|---|---|
| COHE 6300 | Health Law |
| COHE 6600 | Management of Health Care Operations |
| COHE 6610 | Financial Management of Health Care Organizations |
| COHE 6620 | Healthcare Strategic Planning and Management |
| HIMA 3120 | Healthcare Delivery Systems |
| HSMA 3020 | Healthcare Payment Systems |
| HSMA 3030 | Written Communication and Documentation in Health Care |
| HSMA 3050 | Leadership in Healthcare |
| HSMA 4028 | Health Care Reimbursement: Policy and Research |
| HSMA 4055 | Healthcare Finance and Accounting |
| HSMA 4057 | Introduction to Long Term Care |
| HSMA 4083 | Advance Topics in Health Care Management and Service Delivery |
| HSMA 4903 | Allied Health Management Experience |

Institutional Service
Faculty Senator, East Carolina University 2012-2014
Member, Faculty Officers Nominating Committee, East Carolina University 2012-2013
Member, University Budget Committee, East Carolina University 2012-2015

Member, Faculty Grievance Board, East Carolina University 2011-2013
Member, University Athletics Committee, East Carolina University 2006-2008
Member, University Curriculum Committee, East Carolina University 2005-2006
Member, Residency Status Appeals Committee, East Carolina University 2010-2013
Member, Student Academic Appellate Committee, East Carolina University 2008-2010
Member, Student Health Advisory Committee, East Carolina University 2007-2008
Member, Quality Enhancement Program, East Carolina University, 2012-2014
Member, Medical History Interest Group, Laupus Library, East Carolina University 2008-2014
Member, Organizational Structure Assessment Team, Division of Health Sciences 2006-2007
Member, Task Force to Establish Long-Term care Education and Training Continuum, Department of Public
    Health, Brody School of Medicine, East Carolina University 2006-2008
Faculty Assembly Alternate, University of North Carolina, 2012-2015

Chair, Student Faculty Committee, College of Allied Health Sciences 2012-2015
Member, Elections Committee, College of Allied Health Sciences 2013-2015
Member, Honors and Award Committee, College of Allied Health Sciences 2008-2009
Member, Graduate Affairs and Curriculum Committee, College of Allied Health Sciences 2006-2008
Member, Undergraduate Affairs and Curriculum Committee, College of Allied Health Sciences 2006-2008
Member, Administrative Council, College of Allied Health Sciences 2005-2008
Chair of the Faculty, College of Allied Health Sciences 2005-2008

Director, Bachelor of Science in Health Services Management Program, Department of Health Services and
    Information Management 2005-2010
Member, Academic Affairs Committee, Department of Health Services and Information Management 2011-2014
Member, Personnel Committee, Department of Health Services and Information Management 2009-2014
Member, Student Affairs Committee, Department of Health Services and Information Management 2005-2011
Member, Marketing Committee, Department of Health Services and Information Management 2004-2007

Chair, Search Committee for Faculty Position in Health Informatics, Department of Health Services and
    Information Management 2012-2013
Member, Search Committee for Director of the University Writing Program, Department of English 2011-2012
Member, Search Committee for Department Faculty, Department of Health Services and Information Management
    2004-2011
Member, Search Committee for Associate Dean for Student Affairs, School of Dental Medicine 2009

Lecturer, Professional Practice Issues-II (CLSC 4802), Department of Clinical Laboratory Science 2004-2014
Lecturer, The Role of the Physician Assistant and the History, Philosophy, and Ethics of Medical Practice (PADP
    6000, Department of Physician Assistant Studies, 2004-2005
Adjunct Assistant Professor, Office of Interdisciplinary Health Sciences Education, Division of Health Sciences
    2004-2007

Professional Service
Reviewer of Scholarly Manuscripts for Publication in Journals:
    *Health Services Research* 2006-2013
    *Neurology* 2013
    *Journal of Health Administration Education* 2009 to Present
    *Journal of Health Care for the Poor and Underserved* 2012
    *Journal of Case Studies* 2011
    *Journal of Risk Management and Healthcare Policy* 2009
    *Journal of Rural Health* 2007

Reviewer of Textbooks:
    Textbook proposal on health care finance, Bridgepoint Education, San Diego, CA 2013
    Textbook proposal on health advocacy, Jones and Bartlett Learning, Publishers, Burlington, MA 2011

Case 5:14-cv-00150-BO   Document 74-2   Filed 07/09/15   Page 54 of 64

National Organizational Service
Association of University Programs in Health Administration (AUPHA)
>Reviewer of undergraduate programs for AUPHA certification (2012-2014)
>Chair Elect, Long Term Care Faculty Forum (2013-2015)
>Governing Board Appointment: *Journal of Health Administration Education* Reviewer Panel (2011-Present)

Invited Lecturer:
>"The U.S. Healthcare Delivery System," Korea University, Seoul, KR 2011

Community Service
Health Insurance and Access Consultant, North Carolina Medical Society, "Doctors on Call", WITN TV, Greenville, NC, 2013
Presenter, "Healthcare Payment Systems" (1.5 CEUs), Eastern (NC) Area Health Education Center (AHEC), Greenville, NC 2008
Presenter, "Long-Term Care: Prospective Payment Systems" (2.0 ECUs), Lenoir Memorial Hospital, Kinston, NC 2006
Presenter, "Finance for the Non-Finance Manager" (3.0 CEUs) Wayne Memorial Hospital, Goldsboro, NC 2006

**RUTGERS UNIVERSITY-Campus at Camden**
Department of Public Policy and Administration, Visiting Assistant Professor (2002-2003)
>834:515 Introduction to Public Budgeting and Finance
>834:520 Health Care Financial Management
>834:536 Public Information Systems
>834:552 Principles of Health Care Management
>834:553 Financial Management of Public Programs

**UNIVERSITY OF DELAWARE**
College of Arts and Science
Instructor in the Department of Political Science and International Relations (2001)
>POSC 455      Public Budgeting and Financial Management
School of Urban Affairs and Public Policy (1998-2002)
Lecturer in health policy for doctoral level course
>UAPP 823      Proseminar: Social and Urban Policy

**PENN STATE UNIVERSITY** (1988-1991)
College of Health and Human Development
Instructor in the Department of Health Policy and Administration (1989-1991)

| | |
|---|---|
| HPA 101 | Introduction to Health Services Administration |
| HPA 332 | Health Systems Management |
| HPA 442 | Long Term Care Administration |
| HPA 447 | Health Care Financing |
| HDFS 5603 | Introduction to Adult Development and Aging |

**WILMINGTON (DE) UNIVERSITY**
Graduate Studies
Instructor in the Master of Science in Management Program (1995-2002)
>**Health Care Administration**

| | |
|---|---|
| HCA 7900 | Special Topics in Health Care Administration: Long Term Care |
| HCA 8800 | Strategic Management of Health Organizations |
| HCA/MPA 7900 Public Administration of Health Care | |

>**Public Administration**

| | |
|---|---|
| MPA 6501 | Public Administration |
| MPA 7202 | Public Sector Budgeting |
| MPA 7900 | Special Topics in Public Administration: The New Public Service |

Utilization of Community Space in Continuing Care Retirement Communities: Developing a Process for Analysis

## SAINT JOSEPH'S UNIVERSITY
The Graduate School
Instructor in the Department of Education and Health Services (1989-1992)
        HAD 4645        Health Care Organizations

## TEMPLE UNIVERSITY
School of Business and Management
Preceptor for Graduate Program in Health Administration (1986-1988)


## ADMINISTRATIVE EXPERIENCE

CHRISTIANA CARE HEALTH SYSTEM, Wilmington, DE                                    (1995-1998)
**Administrator**, Riverside Extended Care Pavilion
Directed staff of 175 and 12 department directors providing patient care in a 99-bed post-acute facility, and day program for seniors. Campus is part of 600-bed academic medical center. Campus Administrator for the medical complex that included a skilled nursing facility and medical office building. Negotiated managed care contracts with major insurance companies. Increased acuity level of sub-acute service. Directed initiative for Joint Commission on Accreditation of Healthcare Organizations (JCAHO) certification. Examined feasibility of Assisted Living project.


NORTHWESTERN MUTUAL LIFE/BAIRD SECURITIES, Philadelphia, PA          (1992-1995)
**Agent** for the Northwestern Mutual Life Insurance Company, Milwaukee. Solicit applications and procure issuance of life insurance, disability insurance, and annuity contracts.
**Registered Representative** of Northwestern Mutual Investment Services, Inc. Solicit applications and procure issuance of variable life insurance and variable annuity contracts.
**Investment Officer** for the Robert W. Baird & Co. Incorporated (member New York Stock Exchange, Inc., other principal exchanges and SIPC). Affect the sale of mutual funds, unit trusts, money market funds, certificates of deposit, and treasuries.

Advised individuals, partnerships, and corporations on the use of insurance and financial products for use in estate planning, charitable giving, funding business buy-out and stock redemption agreements, retirement planning, and irrevocable insurance trusts. Designed and arranged for funding of employee and executive benefit programs including qualified retirement plans, and group insurances programs.


SAINT FRANCIS COUNTRY HOUSE, Darby, PA                                    (1991-1992)
Directed 273-bed skilled nursing facility with 300 employees, owned by the Archdiocese of Philadelphia, as **Administrator** with responsibility for human resources, marketing, and managing the medical, nursing, rehabilitation, and support services. Planned census development through marketing and enhanced sophistication of medical and nursing services to accommodate high acuity residents admitted from hospitals.

BRANDYWINE CONVALESCENT CENTER, Wilmington, DE                          (1989-1991)
Directed 106-bed skilled nursing facility under contract to an East Coast management company as a **Licensed Nursing Home Administrator** with responsibility for financial management, marketing, and managing the medical, nursing, rehabilitation, and support services. Coordinated the construction of 60-bed addition.


ROBERT R. KULESHER                                                                      Page Five

THE GERMANTOWN HOSPITAL AND MEDICAL CENTER, Philadelphia, PA          (1986-1988)

Recruited by 282-bed urban teaching hospital as **Vice President** to direct professional departments, manage 10 committees of the medical staff, and develop patient referral agreements with nursing homes, assisted living centers, and community centers. Developed contract management agreement with retirement community to operate their medical services and ambulatory care programs. Rewrote medical staff's appointment procedures to conform to restraint of trade, anti-trust, and civil rights precedents.

**NANTICOKE MEMORIAL HOSPITAL**, Seaford, DE                                                   (1979-1986)
**Vice President** of community hospital assigned principle staff responsibilities in working with the governing board and medical staff and the committee structure of both. Responsible for personnel administration and all professional ancillary, and support departments. Implemented financial controls through introduction of capital and operating budgeting by cost center. Initiated public relations program and improved visibility of institution. Secured low interest $2 million loan for procurement of needed capital equipment in laboratory and radiology. Developed report with 30-member community governing board and 90 members of the active medical staff.

Arranged for public sale of tax-exempt revenue bonds, selected architects and general contractor, and secured necessary state approvals for construction program. Developed physician recruitment program and established over 12 new physician practices in service area.

In October 1983 was appointed **Administrator of multi-specialty group practice** and served on governing board of this acquired hospital subsidiary corporation. This assignment was in addition to my duties as Assistant Administrator of the sponsoring hospital. Effected changes in physician compensation, employee staffing, and rate structure to change a loss in operations to a break-even situation in 1985 with increased referrals to the hospital.

**JEWISH HOSPITAL OF ST. LOUIS**, St. Louis, MO                                                   1977-1979
After completing the master of health administration degree, recruited by Vice President for Professional Services as an administrative assistant. Served as management engineer in studying operational programs and making recommendations to executive management.

**VETERANS ADMINISTRATION HOSPITAL**, San Francisco, CA                               (1976-1977)
Selected to assist Executive Director as Administrative Resident as part of my graduate school experience.

**ROANOKE MEMORIAL HOSPITALS**, Roanoke, VA                                                 (1974-1975)
Selected by this hospital system (now called Carilion Health System) to serve as administrative intern after completing undergraduate studies.

## PAPERS AND PRESENTATIONS

Published Works:

Physician Communication in the Operating Room. Kirschbaum, Kristin A., Rohan P., Rask, Sally A. Fortner, Robert Kulesher, Michael T. Nelson, Tony Yen, and Matthew Brennan. *Health Communication*, 1-11, 2014. DOI: 10.1080/10410236.2013.856741. Published online: 02 June 2014.

International Models of Health Systems Financing. Kulesher, Robert and Elizabeth Forrestal. *Journal of Hospital Administration*, Volume 3, No. 4, August 2014, pp. 127-139. DOI: 10.5430/jha.v3n4p127.

Health Reform's Impact on Federally Qualified Community Health Centers: The unintended consequence of increased Medicaid enrollment on the Primary Care Medical Home. Kulesher, Robert R. *The Health Care Manager*, Volume 32, Number 2, April-June 2013, pp. 99-106.

**ROBERT R. KULESHER**                                                                                       Page Six

"Statutory Benefits: How They Involve the Manager." Kulesher, Robert R. Book chapter in *The Health Care Manager's Legal Guide*. Charles R. McConnell, editor. Sudbury, MA: Jones & Bartlett Learning, LLC, 2011. ISBN: 0-7637-6620-8.

Identification of Accrual Barriers onto Breast Cancer Prevention Clinical Trials: A Case-Control Study. Houlihan, Robert H., Michael H. Kennedy, Robert R. Kulesher, Stephenie C. Lemon, S. Lawrence Wickerham, Chung-Cheng Hsieh, Dario C. Altieri. *Cancer*, Vol. 116, Issue 15, August 1, 2010, pp. 3569-3576.

The Importance of Encounter Form Design. Harris, Susie T. and Robert R. Kulesher. *The Health Care Manager*, Volume 28, Number 1, January-March 2009, pp.75-80.

The Impact of PPS on Hospital-Sponsored Post-Acute Services: A Case Study of Delaware Medicare Providers. Kulesher, Robert R. and Margaret G. Wilder. *Journal of Healthcare Management,* Volume 53, Number 1, January/February 2008, pp. 54-66.

The Development of Profession of Health Services Management in the United States. Kulesher, Robert R. *Chinese Journal of Rehabilitation Theory and Practice*, Volume 14, Number 1, January 2008, pp.15-17.

Prospective Payment and the Provision of Post-Acute Care: How the Provision of the Balanced Budget Act of 1997 Altered Utilization Patterns for Medicare Providers. Kulesher, Robert R. and Margaret G. Wilder. *Journal of Health Care Finance*, Volume 33, Number 1, August 17, 2006, pp. 1-16.

Impact of Medicare's Prospective Payment System on Hospitals, Skilled Nursing Facilities, and Home Health Agencies. Kulesher, Robert R. *The Health Care Manager*, Volume 25, Number 3, July-September, 2006, pp. 198-205.

Managed Care and the Bottom Line of Your Practice. Harris, Susie T. and Robert R. Kulesher *The Health Care Manager*, Volume 25, Number 3, July-September, 2006, pp. 228-232.

Medicare's Operational History and Impact on Health Care. Kulesher, Robert R. *The Health Care Manager*, Volume 25, Number 1, January-March 2006, pp.53-63.

Medicare-The Development of Publicly Financed Health Insurance. Kulesher, Robert R. *The Health Care Manager*, Volume 24, Number 4, October-December 2005, pp. 320-329.

Central Service Manager as Department Head. Kulesher, Robert R. *Hospital Topics,* Volume 60, No. 2, pages 42-45, March/April, 1982. Presented at the International Association of Central Service Management, Hunt Valley, Maryland, 1980.

Presentations and Papers:

"Impact of Health Reform on Federally Qualified Community Health Centers: The Unintended Consequence of Increased Medicaid Enrollment." Presentation at the 41st Annual Meeting of the Urban Affairs Association, New Orleans, LA, March 18, 2011.

"Transformation of the Urban Health Care Safety Net: The Devolution of a Public Responsibility." Presentation at the 38th Annual Meeting of the Urban Affairs Association, Baltimore MD, April 24, 2008.

"Lessons Learned from the First Three Years of a Health Services Management Program Offered Completely On-Line." Presentation, Association of University Programs in Health Administration, Undergraduate Workshop, Chicago, IL, November 18, 2006.

"Successful Tenure in Academic Healthcare Management Faculty Appointments." Presentation, Association of University Programs in Health Administration, Undergraduate Workshop, Chicago, IL, November 19, 2006.

"Writing and Documentation Competency in the Curriculum." Presentation, Association of University Programs in Health Administration, Undergraduate Workshop, Nashville, TN, October 25, 2003.

"Discovering Who Pays for the Health Care of the Poor and Uninsured: Developing a Community Services Budget for Health Care." Presentation, Urban Affairs Association Annual Meeting, Los Angeles, CA, May 5, 2000.

"The Continuum of Long-Term Care." Presentation to Department of Medicine of Christiana Care Health Services, Wilmington, DE, 1998.

"Protecting Medical Practice Income," Presentation at Continued Medical Education Conference, Wills Eye Hospital, Philadelphia, PA, 1993.

"The Future of Hospital Management." Presentation at Continuing Medical Education Conference, the Germantown Hospital and Medical Center, Philadelphia, PA, 1987.

"An Accrual Accounting System for a Non-Profit Clinic," unpublished master thesis, Washington University School of Medicine Library: St. Louis, Missouri, 1977.

## BOOK REVIEWS

*Shredding the Social Contract: The Privatization of Medicare*
by John Geyman, 322 pp, with illus, paper, $16.95, ISBN 1-56751-376-X, Monroe, Me, Common Courage Press, 2006. *JAMA*, Volume 295, Number 16, April 26, 2006, pp. 1950-1951.

### Funded Grants and Research

Cellucci, L.W. (PIP. Kennedy, M., Kulesher, R., and Zeng, X. (2013) "Health Care Leadership 2.0: Video and Social Media for Leadership Development." Awarded $10,000.

## LICENSURE

### Licensed Nursing Home Administrator
Commonwealth of Pennsylvania (inactive)
State of Delaware (inactive)

## PROFESSIONAL PARTICIPATION AND LEADERSHIP

Academy for Health Services Research and Health Policy, member since 2001-2009.
American Academy o f Medical Administrators, member since 2012.
American College of Healthcare Executives, Fellow (FACHE).
American Hospital Association, personal member since 1975.
Association of University Programs in Health Administration, member since 2000.
  • Undergraduate Program Committee, member 2007-2013.
Association of Delaware Hospitals, board member 1979.
Delaware Health Care Facilities Association, member since 1990, Secretary 1991.
Delaware Technical and Community College, Advisory Board for School of Nursing, 1980-1986.
Delmarva Council of Hospital Executives, president 1980-1981
East Carolina University, School of Allied Health Sciences, Faculty Council, Secretary, 2005-2006.
Government Finance Officers Association, member since 2002.
Greater Philadelphia Health Assembly, member since 1993.
Healthcare Financial Management Association, member since 2002.

Hospital Association of Pennsylvania, member 1986-1988.
National Association of Community Health Centers, member since 2011.
National Association of Schools of Public Affairs and Administration
  • Section on Health Sector Management Education, member 2001-2003.
North Carolina Hospital Association, affiliate since 2003.
North Carolina Healthcare Financial Management Association, member since 2003
  • Program Council, member.
  • Payor/

University of Delaware, Faculty Senate, graduate student representative, 2000-2001.
- Coordinating Committee on Education, representative 2001-2002.

Urban Affairs Association, member since 1999.

# CURRICULUM VITAE
## B. PERRY WOODSIDE, III

**Home:**
149 South Battery
Charleston, South Carolina 29401
(843) 722-4719

**Office:**
Dixon Hughes Goodman, LLP
Post Office Box 973
Charleston, SC 29402
Tel (843) 722-6443
Fax (843) 723-2647
perry.woodside@dhgllp.com

## EDUCATION:

| | |
|---|---|
| Ph.D. | University of South Carolina, 1978 |
| | Major - Finance; Minor - Economics, Accounting |
| M.B.A. | University of South Carolina, 1970 |
| B.A. | Furman University, 1968 |
| | Major - Economics and Business Administration |

## WORK HISTORY:

| | |
|---|---|
| 2007 – Present | Dixon Hughes Goodman, LLP, Director |
| 1987-2007 | College of Charleston, Professor, Emeritus (Retired 2007) |
| 1979-1986 | Clemson University, Associate Professor |
| 1977-1979 | Furman University, Assistant Professor |
| 1976-1977 | Furman University, Instructor |

## HONORS:

Beta Gamma Sigma (Business Administration)
Omicron Delta Epsilon (Economics)

## ADMINISTRATIVE EXPERIENCE

| | |
|---|---|
| 1997-2001 | Managing Director, Tate Center for Entrepreneurship, College of Charleston |
| 1990-2001 | Director, South Carolina Economic Developers School |
| 2006-2007 | Director, Carter Center in Real Estate, College of Charleston |

## CONSULTING EXPERIENCE:

Extensive consulting experience in the areas of the valuation of businesses and business interests for estate evaluation, estate planning, and transactions involving purchases or sale of a business or ownership interests. Have testified as an expert in numerous engagements involving personal and commercial damages, including personal injury, wrongful termination, loss profits, patent and trade secrets, shareholder disputes and other issues. Have been qualified as an expert in finance and economics in family, state and federal courts and have testified in South Carolina, North Carolina, Tennessee, Virginia and Delaware.

## PROFESSIONAL MEMBERSHIPS:

The Institute of Business Appraisers, Inc.
American Academy of Economic and Financial Experts,
    Founding Member, Former Treasurer, Former Board Member
National Association of Forensic Economists

## PUBLICATIONS AND PROCEEDINGS:

"The Effect of Resale Constraints on Abnormal Returns of Borrows in Syndicated Loans", Academy of Banking Studies Journal, Volume 6, Number 2, 2007.

"Market v. Social Discount Rates: Applications and Implications," (with J. Michael Morgan and Frank Hefner) presented at the 11th annual meeting of the Congress of Political Economy International, London, England, August 2000. Published in the Papers and Proceedings of the 11th Annual C.O.P.E. Meetings.

"Baby Superstore, Inc." Case published in Strategic Management and Cases in Strategic Management, by Fred R. David., Macmillan Publishing Company, 1993.

"Bank Mergers: Why So Many And What Will They Mean?", Business and Economic Review, Volume 38, Number 2; University of South Carolina, 1991.

"Intra-year Cash Flow Patterns: A Simple Solution for an Unnecessary Appraisal Error," Journal of Real Estate Appraisal and Economics, 1991, with C.D. Wiggins and Dillip Kare.

"Assessing Lost Earning Capacity for an Injured Minor," Journal of Legal Economics, Volume 1, Number 3, (December 1991) with C.D. Wiggins and John J. Venn.

"Baby Superstore, Inc." Case presented at North American Case Research Association; abstract published in Proceedings, October 1991; with Robert Anderson.

"Tandem Federal and State Tax Incentives Enhancing Urban Redevelopment: A Summary

Survey of Recent Legal Developments and an Exhibit: A Guided Tour of a Charleston Redevelopment Project," presented at the annual meeting of the Southeast Region of the Decision Sciences Institute, published in Proceedings, February 1989; with Otha L. Gray.

"Age Discrimination: Statistical Evidence and Measurement of Damages," Presented at S.E. Chapter of the Institute of Management Sciences; published in Proceedings, October 1987; with Mark F. Hartley.

"Determining the Effect of Debt on Securities Risks," Journal of the Institute of Certified Financial Planners, Volume 8, Number 2, (Spring 1987) with C. D. Wiggins.

A Financial Description and Evaluation of Public Water Systems in South Carolina, co-authored with C. D. Wiggins and Keith Womer, Working Paper Series, The Strom Thurmond Institute, Clemson University, August 1986.

"An Empirical Analysis of Credit Union Loan Pricing Practices," presented at Eastern Finance Association meeting, April 1984; published in <u>Proceedings</u>, June 1984, with H. Hill and R. McElreath.

"Determination of Property Rights Upon Divorce in South Carolina: An Exploration and Recommendation," <u>South Carolina Law Review</u>, Volume 33, Number 2, (December 1981) with Randall M. Chastain and James B. Henry.

"An Analysis of the Provision of NOW Accounts in South Carolina," <u>Bulletin of the South Carolina Academy of Science</u>, 1981, with Benjamin Hawkins.

"Lending by Financial Institutions in the 1980's," <u>Papers and Proceedings of the Third Annual Conference on Financial Institutions</u>, Banking Education Center, Norfolk State University, 1980.

"Current Savings and Loan Mortgage Assumption Practices in South Carolina," <u>Bulletin of the South Carolina Academy of Science</u>, 1980, with C. D. Wiggins.

Exhibit A

# Tricia Yount, CPA, MAFF

## EDUCATION

Clemson University                                                          December 2000
Bachelor of Science, Financial Management

## PROFESSIONAL EXPERIENCE

Dixon Hughes Goodman LLP            Charleston, SC              2004 - present
Manager - Forensic, Litigation Support and Valuation Services

Bank of America                        Charlotte, NC                2001 - 2004
Officer -- Intermediate Financial Analyst, Consumer Real Estate Mortgage

## CERTIFICATIONS, LICENSES AND ASSOCIATIONS

Certified Public Accountant (CPA), South Carolina license number 8675
Master Analyst in Financial Forensics (MAFF)

American Academy of Economic and Financial Experts
National Association of Forensic Economists
American Institute of Certified Public Accountants
South Carolina Association of Certified Public Accountants
National Association of Certified Valuators and Analysts

## CONSULTING EXPERIENCE

Tricia's background includes ten years of forensic and litigation support experience. She assists attorneys with the accounting, financial, and economic damage aspects of various matters including personal injury, wrongful death, and wrongful termination.  Tricia has extensive experience with engagements involving lost profits analysis and the analysis of wage loss and personal and family services. In addition, she determines the present value of life care plans. Tricia has been qualified as an expert in the calculation of financial loss in personal injury cases in state court and has testified in South Carolina.  She works on behalf of both Plaintiffs and Defendants.