IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-150-BO

| | |
|---|---|
| GERALDINE L. VANDEVENDER, Administrator of the Estate of DEL RAY BAIRD, deceased, and JACQUELINE ANN BAIRD, deceased, et al., Plaintiffs, v. BLUE RIDGE OF RALEIGH, LLC d/b/a BLUE RIDGE HEALTH CARE CENTER, et al., Defendants. | **ORDER** |

This cause comes before the Court as a result of plaintiffs' Motion for Default Judgment. [DE 193]. Given the potentially dispositive nature of the motion, the Court now DISMISSES WITHOUT PREJUDICE all pending discovery motions [DE 74, 78, 80, 82, 86, 92, 93, 102, 104] and STAYS defendants' summary judgment motions and other related motions [DE 117, 119, 121, 123, 124, 126, 127, 129, 130, 131, 132, 133, 134, 135, 136, 156, 158, 161, 179] pending consideration of the Motion for Default Judgment.

Defendants have moved for an extension of time to respond to plaintiffs' Motion for Default Judgment, and that motion is GRANTED. [DE 195]. Defendants have up to and until February 26, 2016, to respond.

Finally, plaintiffs' Motion to Substitute a Party [DE 183] is GRANTED. The Estate of Samuel James Kee, Sr., now replaces Samuel Kee, Sr., as a party to this action.

SO ORDERED, this _19_ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE