IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-150-BO

GERALDINE L. VANDEVENDER, Administrator )
of the Estate of DEL RAY BAIRD, deceased, and )
JACQUELINE ANN BAIRD, deceased, et al., )
)
    Plaintiffs, )
)     O R D E R
v. )
)
BLUE RIDGE OF RALEIGH, LLC d/b/a )
BLUE RIDGE HEALTH CARE CENTER, et al., )
)
    Defendants. )

This matter is before the Court on plaintiffs' motion for leave to substitute expert. [DE 220]. For good cause shown, the motion is ALLOWED. Plaintiffs shall have through and including October 31, 2016, to substitute their expert and to supplement the draft pre-trial order.

SO ORDERED.

This the **30** day of August, 2016.

                                          TERRENCE W. BOYLE
                                          UNITED STATES DISTRICT JUDGE